IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>        Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>NINTH JUDICIAL DISTRICT,<br>CUMBERLAND COUNTY,<br><br>and<br><br>CUMBERLAND COUNTY,<br><br>and<br><br>S. GARETH GRAHAM, Individually<br><br>and<br><br>JOSEPH OSENKARSKI, Individually<br>        Defendants | No.: 1:CV 01-0725<br><br>J. Kane<br><br>JURY TRIAL DEMANDED<br><br><br><br><br><br>JUDGE YVETTE KANE |

FILED
HARRISBURG
JUN 2 9 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter the appearance of Thomas, Thomas & Hafer, LLP, on behalf of Defendants Joseph Osenkarski and S. Gareth Graham.

    Defendants Osenkarski and Graham join in the Motion to Dismiss pursuant to Rule 12(B)(6) previously filed by Cumberland County.

Respectfully submitted,
**THOMAS, THOMAS & HAFER, LLP**

by: _____
James K. Thomas, II, Esquire
I.D. No. 15613
Paul J. Dellasega, Esquire
Douglas B. Marcello, Esquire
305 North Front Street, 6th Floor
POB 999
Harrisburg, PA 17108-0999
(717) 255-7626

Attorneys for S. Gareth Graham, Joseph Osenkarski and Cumberland County

## CERTIFICATE OF SERVICE

AND NOW, this 29th day of June, 2001, I, Coleen M. Polek, of the law firm of Thomas, Thomas & Hafer, hereby certify that I sent a true and correct copy of the foregoing document by placing a copy of the same in the United States Mail, postage prepaid, to the following:

>Debra K. Wallet, Esquire
>24 North 32nd Street
>Camp Hill, PA  17011
>
>Howard M. Holmes, Esquire
>Administrative Office of Pennsylvania Courts
>1515 Market Street, Suite 1414
>Philadelphia, PA  19102

_____
Coleen M. Polek