# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER | : |
|     Plaintiff | : No. 1:CV 01-0725 |
|   V. | : |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : JURY TRIAL DEMANDED |
| | : JUDGE YVETTE KANE |

### ENTRY OF APPEARANCE

**FILED HARRISBURG**

**JUL 0 3 2001**

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my Appearance for Defendant, Ninth Judicial District, in the above captioned case.

**HOWARD M. HOLMES, ESQUIRE**
Attorney I.D. No. 17010
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300
Attorney for Defendant
**NINTH JUDICIAL DISTRICT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER | : |
|     Plaintiff | : No. 1:CV 01-0725 |
|     V. | : |
| COMMONWEALTH OF PENNSYLVANIA, | : JURY TRIAL DEMANDED |
| et al. | : JUDGE YVETTE KANE |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 2, 2001, he personally caused to be served upon the following a true and correct copy of *Entry of Appearance* on behalf of Defendant, Ninth Judicial District, by mailing same first class, postage prepaid, U.S. mail to:

Debra J, Wallet, Esquire
24 North 32nd Street
Camp Hill, PA 17011

James K. Thomas, II, Esquire
Paul J. Dellasega, Esquire
Douglas B. Marcello, Esquire
305 North Front Street, 6th Floor
POB 999
Harrisburg, PA 17108-0999

_____
**HOWARD M. HOLMES, ESQUIRE**
Attorney I.D. No. 17010
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300
Attorney for Defendant
**NINTH JUDICIAL DISTRICT**