ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>    Plaintiff | |
| | No.: 1:CV 01-0725 |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA,<br>NINTH JUDICIAL DISTRICT,<br>CUMBERLAND COUNTY, | JURY TRIAL DEMANDED |
| and | |
| CUMBERLAND COUNTY, | |
| and | |
| S. GARETH GRAHAM, Individually | JUDGE YVETTE KANE |
| and | |
| JOSEPH OSENKARSKI, Individually<br>    Defendants | |

FILED
HARRISBURG

JUL 0 5 2001

MARY E. D'ANDREA, CLER
Per_____
DEPUTY CLERK

### AMENDED MOTION TO DISMISS

AND NOW COMES the County of Cumberland, s. Gareth Graham, and Joseph Osenkarski, by their attorneys, Thomas, Thomas & Hafer, LLP, who respectfully move the Court to dismiss the Complaint pursuant to Section 12(b)(6) of the Federal Rules of Civil Procedure based upon the following reasons:

(1) As a matter of law punitive damages cannot be assessed against Cumberland County for an alleged Title VII violation.

(2) If Cumberland County is, as alleged, a joint employer with the Court then it shares the Court's immunity from suit under the provisions of the Pennsylvania Human Relations Act and Count II of the Complaint must be dismissed.

(3) If Cumberland County is a joint employer with the Court, as alleged, then its alleged employees, Osenkarski and Graham, are not susceptible to suit under the PHRA in their individual capacity.

WHEREFORE, Defendants pray the Complaint be dismissed for the reasons described above.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

By: *[signature]*
James K. Thomas, II
Atty. ID#: 15613
Paul J. Dellasega
Atty. ID#: 23146
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA 17108
(717) 255-7602

Attorney for Defendants

DATE: 7-5-01

2

## CERTIFICATE OF SERVICE

I, Paul J. Dellasega, Attorney for Thomas, Thomas & Hafer, LLP, hereby certify that a copy of the foregoing document was served upon the following, by enclosing a true and correct copy in an envelope addressed as follows, postage prepaid:

Howard M. Holmes, Esquire
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

Debra K. Wallet, Esquire
24 North 32nd Street
Camp Hill, PA 17011

THOMAS, THOMAS & HAFER, LLP

By: _____
Paul J. Dellasega, Esquire

DATED: 7/5/01