IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER, | : CIVIL ACTION |
| *Plaintiff,* | : |
| | : NO. 01-CV-01-0725 |
| vs. | : |
| COMMONWEALTH OF PA, *ET AL.*, | : |
| *Defendants* | : |

**MOTION TO DISMISS FILED ON BEHALF OF COURT DEFENDANT,
COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT**

**NOW COMES** Defendant, Commonwealth of Pennsylvania, Ninth Judicial District ("Court Defendant"), under Rule 12 (b) (6) of the Federal Rules of Civil Procedure, and respectfully requests this Honorable Court to dismiss that portion of Plaintiff's Complaint which alleges entitlement to punitive damages, for reasons set forth in the accompanying Brief.

A. TAYLOR WILLIAMS, ESQUIRE
Attorney I.D. No. 33149
Administrative Office of PA Courts
1515 Market Street
Suite 1414
Philadelphia, PA 19102
215-560-6300

*Counsel for Defendant, the
Commonwealth of Pennsylvania
Ninth Judicial District*