AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of PENNSYVLANIA

BARBARA E. VARNER,
   Plaintiff

V.

Commonwealth of Pennsyvalnia,
Ninth Judicial District, Cumberland
County; Cumberland County;
S. Gareth Graham, individually;
Joseph Osenkarski, individually,
   Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:01-CV-725
                   Judge Kane

**FILED**
HARRISBURG, PA

JUL 31 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

TO: (Name and address of Defendant)
    (SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra K. Wallet, Esq.
24 N. 32nd Street
Camp Hill, Pa. 17011

an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk                April 26, 2001
CLERK                                                                            DATE

*/s/ George T. Gardner*
(By) DEPUTY CLERK George T. Gardner

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF  Barbara E. Varner        COURT CASE NUMBER  1:CV 01-0725
DEFENDANT  Commonwealth of Pennsylvania  TYPE OF PROCESS _____
           Ninth Judicial District, Cumberland County, et al.
SERVE  Ninth Judicial District, Cumberland County, S. Gareth Graham, and Joseph Osenkarski
       (Name individual, company; corporation, etc. to be served)

AT  mailed on April 30, 2001
       (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____ .
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____  I have personally served individual, company or corporation above.
____  I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.
_X_   I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____  I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED:  All listed Defendants.
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: See attached original Waiver of Service forms for all Defendants.

7/30/01                         [signature]
Date                            Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
        OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
        (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

## WAIVER OF SERVICE OF SUMMONS

TO:   Debra K. Wallet, Esq.
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Barbara E. Varner vs. Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County, et al. which is case number 1:CV 01-0725 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 4/30/01 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

5-29-01
Date

Signature: [signed]

Printed/Typed Name: PAUL J DELLASEGA

Title if any: P O Box-999

Address: Harrisburg PA 17108

For Corporation, if any: _____

Representing defendant(s) if any: Cumberland County

# WAIVER OF SERVICE OF SUMMONS

TO: Debra K. Wallet, Esq.
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Barbara E. Varner__ vs. __Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County, et al.__ which is case number __1:CV 01-0725__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __4/30/01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__7-18-01__  
Date

Signature: [signed]

Printed/Typed Name: __Paul J Dellasega__

Title if any: _____

Address: __PO Box 999__
__Harrisburg PA 17108__

For Corporation, if any: _____

Representing defendant(s) if any: __Gareth Graham__

MAY 30 2001

# WAIVER OF SERVICE OF SUMMONS

TO:   Debra K. Wallet, Esq.
   (Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Barbara E. Varner vs. Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County, et al. which is case number 1:CV 01-0725 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 4/30/01 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

5-30-01
Date

Signature: Joseph L. Osenkarski

Printed/Typed Name: Joseph L. Osenkarski

Title if any: CHIEF JUVENILE PROBATION OFFICER

Address: CUMBERLAND COUNTY
1 COURTHOUSE SQUARE 3RD FLOOR
CARLISLE PENNA 17013-3387

For Corporation, if any: CUMBERLAND COUNTY JUVENILE COURT

Representing defendant(s) if any: _____

## WAIVER OF SERVICE OF SUMMONS

TO: Debra K. Wallet, Esq.
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Barbara E. Varner vs. Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County, et al. which is case number 1:CV 01-0725 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 4/30/01 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

6/15/01
Date

Signature

Printed/Typed Name: Howard M. Holmes, Esq.

Title if any: Deputy Legal Counsel

Address: Administrative Office of PA Courts
1515 Market St, Suite 1414
Philadelphia, PA 19102

For Corporation, if any: _____

Representing defendant(s) if any: Ninth Judicial District