**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER | : |
|     Plaintiff | : No. 1:CV 01-0725 |
|   V. | |
| COMMONWEALTH OF PENNSYLVANIA, | : JURY TRIAL DEMANDED |
| et al. | : JUDGE YVETTE KANE |

**WITHDRAWAL OF APPEARANCE**

FILED
HARRISBURG

AUG 2 4 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**TO THE CLERK OF THE SAID COURT:**

Kindly withdraw my Appearance for Defendant, Ninth Judicial District, in the above captioned case.

*[signature]*

**HOWARD M. HOLMES, ESQUIRE**
Attorney I.D. No. 17010
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER | : |
| Plaintiff | : No. 1:CV 01-0725 |
| V. | |
| COMMONWEALTH OF PENNSYLVANIA, | : JURY TRIAL DEMANDED |
| et al. | : JUDGE YVETTE KANE |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 20, 2001, he personally caused to be served upon the following a true and correct copy of *Withdrawal of Appearance* on behalf of Defendant, Ninth Judicial District, by mailing same first class, postage prepaid, U.S. mail to:

Debra J, Wallet, Esquire
24 North 32nd Street
Camp Hill, PA 17011

James K. Thomas, II, Esquire
Paul J. Dellasega, Esquire
Douglas B. Marcello, Esquire
305 North Front Street, 6th Floor
POB 999
Harrisburg, PA 17108-0999

**HOWARD M. HOLMES, ESQUIRE**
Attorney I.D. No. 17010
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300