

cc:ct.fu                                                                    18
                                                                           9/28/01

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE:        VARNER V. COMMONWEALTH OF PA        1:CV-01-725

DATE:   September 26, 2001 @ 11:00 a.m.

Honorable Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: CASE MANAGEMENT CONFERENCE – (IN CHAMBERS)

Time Commenced:  11:00         Time Terminated:  11:25

**PLAINTIFF: APPEARANCES**                    **DEFENDANT: APPEARANCES**

Nina K. Wuint                                 James K. Thomas II
                                              Doyla B Marcello

**REMARKS**

Nov./ Mot Dismiss.

- Aug
- Mar 15          Oct.
                  Apr. 26 co-fd.
 std.             Oct 7 FJ.

Cumb cty judges

FILED
HARRISBURG
SEP 27 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK