

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER | : |
| | : CIVIL ACTION |
| V. | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : NO. 1:01-CV-725 |
| NINTH JUDICIAL DISTRICT, | : |
| CUMBERLAND COUNTY | : J. Kane |
|     and | : |
| CUMBERLAND COUNTY | : |
|     and | : |
| S. GARETH GRAHAM, Individually | : JURY TRIAL DEMANDED |
|     and | : |
| JOSEPH OSENKARSKI, Individually | : |

### *ENTRY OF APPEARANCE*

Kindly enter my appearance as counsel for Defendant, S. Gareth Graham, individually, in the above captioned matter.

JOHN GERARD DEVLIN & ASSOCIATES, P.C.

BY:_____
JOHN GERARD DEVLIN, ESQUIRE
100 Pine Street, Suite 260
Harrisburg, PA 17101
(717) 720-0700
Our File Number: 509-19108-JGD/h

DATED: January 8, 2002