IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>　　　　Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>NINTH JUDICIAL DISTRICT,<br>CUMBERLAND COUNTY,<br><br>and<br><br>CUMBERLAND COUNTY,<br><br>and<br><br>S. GARETH GRAHAM, Individually<br><br>and<br><br>JOSEPH OSENKARSKI, Individually<br>　　　　Defendants | No.: 1:CV 01-0725<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>HARRISBURG, PA<br><br>JAN 17 2002<br><br>MARY E. D'ANDREA, CLE<br>Per<br>　Deputy Clerk<br><br>JUDGE YVETTE KANE |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of James K. Thomas, II, Esquire, Douglas B. Marcello, Esquire and Paul J. Dellasega, Esquire and the law firm of Thomas, Thomas & Hafer, LLP, as attorneys for S. Garth Graham. John Devlin, Esquire has entered his appearance on behalf of Defendant Graham.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

By: _____
Paul J. Dellasega
Atty. ID#: 23146
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA 17108
(717) 255-7602

Attorney for Defendants

DATE: 1-15-02

## CERTIFICATE OF SERVICE

I, Paul J. Dellasega, Attorney for Thomas, Thomas & Hafer, LLP, hereby certify that a copy of the foregoing document was served upon the following, by enclosing a true and correct copy in an envelope addressed as follows, postage prepaid:

Howard M. Holmes, Esquire
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

Debra K. Wallet, Esquire
24 North 32nd Street
Camp Hill, PA 17011

John Devlin, Esquire
1515 Market Street
Suite 2010
Philadelphia, PA 19102

THOMAS, THOMAS & HAFER, LLP

By: _____
Paul J. Dellasega, Esquire

DATED: 1/15/08