IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>    Plaintiff | : <br> : |
| v. | : CIVIL ACTION NO. 1:CV-01-0725 <br> : (Judge Kane) |
| COMMONWEALTH OF<br>PENNSYLVANIA, NINTH JUDICIAL<br>DISTRICT, CUMBERLAND COUNTY;<br>CUMBERLAND COUNTY; S. GARETH<br>GRAHAM, individually; and JOSEPH<br>OSENKARSKI, Individually,<br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : |

FILED
HARRISBURG
MAR 28 2002
MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

### ORDER

Before this Court are, <u>inter alia</u>, two motions to dismiss by Defendant County of Cumberland. The second-filed motion to dismiss by Defendant Cumberland (Doc. No. 6) is titled "Amended Motion to Dismiss." Upon review, it is clear to the Court that the first-filed motion by Defendant Cumberland is now moot.

**IT IS THEREFORE ORDERED THAT** :

Defendant County of Cumberland's motion to dismiss (Doc. No. 3) is **DISMISSED AS MOOT**.

_____
Yvette Kane
United States District Judge

Date: March 28, 2002

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       March 28, 2002
```

Re: 1:01-cv-00725    Varner v. COMMONWEALTH OF PENN

True and correct copies of the attached were mailed by the clerk to the following:

```
    Debra K. Wallet, Esq.
    24 N. 32nd St.
    Camp Hill, PA  17011

    A. Taylor Williams, Esq.
    Administrative Office of PA Courts
    1515 Market Street
    Suite 1414
    Philadelphia, PA  19102 Fax No.: 12155605486

    James K. Thomas, Esq.
    Thomas, Thomas & Hafer
    305 N. Front Street
    P.O. Box 999
    Harrisburg, PA  17108-0999

    Paul J. Dellasega, Esq.
    Thomas, Thomas & Hafer
    P.O. Box 999
    305 North Front St.
    Harrisburg, PA  17108

    John Gerard Devlin, Esq.
    John Gerard Devlin & Associates
    100 Pine Street
    Suite 260
    Harrisburg, PA  17101

    James K. Thomas II, Esq.
    Thomas, Thomas & Hafer
    305 N. Front St.
    P.O. Box 999
    Harrisburg, PA  17108-0999

    Douglas B. Marcello, Esq.
    Thomas, Thomas & Hafer, LLP
    305 N. Front St.
    6th Floor
    Harrisburg, PA  17108   Fax No.: 17172377105
```

```
cc:
Judge                          (✓)              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____        ( )
                                                     MARY E. D'ANDREA, Clerk

DATE:  3-28-02                                   BY: _____
                                                          Deputy Clerk
```