**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



㉗
4-19-02
sc
FILED
HARRISBURG, PA
APR 18 2002
MARY E. D'ANDREA, CLE[RK]
Per _____
Deputy Clerk

| | | |
|---|---|---|
| BARBARA E. VARNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | JUDGE KANE |
| COMMONWEALTH OF PENNSYLVANIA | : | **JURY TRIAL DEMANDED** |
| NINTH JUDICIAL DISTRICT, | : | |
| CUMBERLAND COUNTY; CUMBERLAND | : | |
| COUNTY; S. GARETH GRAHAM, | : | |
| individually; JOSEPH OSENKARSKI, | : | |
| individually | : | NO. 1:01-CV-725 |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter our appearance as co-counsels on behalf of Defendant, Joseph Osenkarski, in the above captioned matter.

SWEENEY & SHEEHAN

BY: *Barbara O'Connell*
Barbara A. O'Connell

SWEENEY & SHEEHAN

BY: *J. Michael Kunsch*
J. Michael Kunsch

DATE: April 15, 2002