IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA E. VARNER,
    Plaintiff

v.

COMMONWEALTH OF
PENNSYLVANIA, NINTH JUDICIAL
DISTRICT, CUMBERLAND
COUNTY, et al.,
    Defendants

CIVIL ACTION NO.
1:CV-01-725

Judge Kane

FILED
HARRISBURG

MAY 1 5 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**O R D E R**

**AND NOW** this 15th day of May, 2002, **IT IS HEREBY ORDERED**

**THAT** the joint motion for extension of the case management deadlines is **GRANTED**. The case management order dated September 27, 2001 is **AMENDED** as follows:

| | |
|---|---|
| Close of Fact Discovery: | August 2, 2002 |
| Report of Experts: | August 16, 2002 |
| Response Reports to Experts Report: | August 30, 2002 |
| Dispositive Motions and Supporting Briefs Due: | September 20, 2002 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | November 29, 2002 |
| Motions In Limine Due: | December 6, 2002 |
| Pretrial Memoranda Due: | December 11, 2002 |
| Pretrial and Settlement Conference: | December 17, 2002 - 3:00 p.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | January 2, 2003 |
| Jury Selection and Trial: | January 6, 2003 - 9:30 a.m. |

_____
Yvette Kane
United States District Judge