IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>Plaintiff | : <br> : <br> :    CIVIL ACTION NO. 1:CV-01-0725 |
| v. | :    (Judge Kane) <br> : |
| COMMONWEALTH OF<br>PENNSYLVANIA, NINTH JUDICIAL<br>DISTRICT, CUMBERLAND COUNTY;<br>CUMBERLAND COUNTY; S. GARETH<br>GRAHAM, individually; and JOSEPH<br>OSENKARSKI, Individually,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : |

**FILED**
HARRISBURG, PA

JUL 1 9 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

Pursuant to a telephone conference held on July 18, 2002, **IT IS HEREBY ORDERED** that this action and the deadlines set therein are **HEREBY STAYED** pending a report on settlement negotiations. The report shall be filed as soon as possible and no later than August 5, 2002.

Yvette Kane
United States District Judge

Date: 18 July 2002