

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA E. VARNER,** : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. 1:CV-01-0725 |
| v. : | (Judge Kane) |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, NINTH JUDICIAL** : | |
| **DISTRICT, CUMBERLAND COUNTY;** : | |
| **CUMBERLAND COUNTY; S. GARETH** : | |
| **GRAHAM, individually; and JOSEPH** : | |
| **OSENKARSKI, Individually,** : | |
| Defendants. : | |

FILED
HARRISBURG

JUL 2 9 2002

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

## ORDER

AND NOW, this 29th day of July, 2002, **IT IS ORDERED THAT** this case is referred to Magistrate Judge J. Andrew Smyser for a Settlement Conference. A scheduling order will issue from the Magistrate Judge. This conference shall be held by Magistrate Judge Smyser after August 15, 2002. Magistrate Judge Smyser shall file a report with the undersigned Judge on or before September 3, 2002, regarding the status of this case. The August 5, 2002 deadline for a report, as set in this Court's Order of July 19, 2002, is **HEREBY STRICKEN**.

_____
Yvette Kane
United States District Judge