*CC: MJ Smyser; Attys: Kunsch; O'Connell; Marcello; Dellaseza; Thomas; Devlin, Thomas, Williams, Wallet, Ctrm Dpty.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER, | : | CIVIL NO. 1:01-CV-0725 |
| Plaintiff | : | (Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY; CUMBERLAND COUNTY; S. GARETH GRAHAM; and JOSEPH OSENKARSKI, | : | FILED HARRISBURG, PA AUG 20 2002 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk |
| Defendants | : | |

**ORDER**

**IT IS ORDERED** that a settlement conference is set for **August 27, 2002** at 9:00 a.m., in Chambers, Room 1110, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Counsel shall attend along with clients and/or persons with full settlement authority. Settlement memoranda may be filed, but are not required.

J. Andrew Smyser
Magistrate Judge

Dated: August 20, 2002.

AO 72A
(Rev. 8/82)