**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA E. VARNER          :
                           :
        Plaintiff,          :
                           :
        v.                  :
                           :   No. 1:cv 01-0725
COMMONWEALTH OF PENNSYLVANIA, :
NINTH JUDICIAL DISTRICT;    :
CUMBERLAND COUNTY;          :   **FILED**
S. GARETH GRAHAM, individually; and :   HARRISBURG, PA
JOSEPH OSENKARSKI, individually, :
                           :   AUG 2 9 2002
        Defendants.         :
                           :   MARY E. D'ANDREA, CLERK
                               Per _____
                                       Deputy Clerk

## WITHDRAWAL AND ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly **withdraw** the appearance of John Gerard Devlin, Esquire, as counsel on behalf of Defendant, S. Gareth Graham and **enter** the appearance of David J. MacMain, Esquire, as counsel on behalf of Defendant S. Gareth Graham.

_____          _____
John Gerard Devlin                        David J. MacMain
John Gerard Devlin & Associates, P.C.     Montgomery McCracken Walker & Rhoads, LLP
100 Pine Street, Suite 260                123 South Broad Street
Harrisburg, PA 17101                      Philadelphia, PA 19109

Date: _____                     Date: __8/8/02__

826068v1