IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER : | |
|     Plaintiff : | |
| : | Civil Action No. 1:CV-01-725 |
| v. : | |
| : | (Judge Kane) |
| COMMONWEALTH OF : | |
| PENNSYLVANIA, et al. : | |
|     Defendant : | |

FILED
HARRISBURG

SEP - 4 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

<u>ORDER</u>

AND NOW, this 4th day of September 2002, **IT IS HEREBY ORDERED THAT** a telephone conference has been scheduled for September 18, 2002, at 9:30 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge