IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA E. VARNER** : | |
| Plaintiff : | |
| : | Civil Action No. 1:CV-01-725 |
| v. : | |
| : | (Judge Kane) |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, et al.** : | |
| Defendant : | |

**ORDER**

FILED
HARRISBURG

SEP - 5 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

AND NOW, this 5th day of September, 2002, **IT IS HEREBY ORDERED THAT** the telephone conference scheduled for September 18, 2002, at 9:30 a.m. is **RESCHEDULED** to September 18, 2002, at **11:30 a.m.** discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge