

37
9-16-0?
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA E. VARNER :
:
Plaintiff, :
:
v. :
: No. 1:cv 01-0725
COMMONWEALTH OF PENNSYLVANIA, :
NINTH JUDICIAL DISTRICT; :
CUMBERLAND COUNTY; :
S. GARETH GRAHAM, individually; and :
JOSEPH OSENKARSKI, individually, :
:
Defendants. :

FILED
HARRISBURG, PA

SEP 1 3 2002

MARY E. D'ANDREA, CLERK
Per_____
        Deputy Clerk

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Sheryl L. Brown, Esquire, of Montgomery, McCracken, Walker & Rhoads, LLP as counsel on behalf of Defendant S. Gareth Graham in the above captioned action.

Date: 9/12/02

Sheryl L. Brown (Attorney I.D. No. 59313)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

Attorney for Defendant,
S. Gareth Graham

## CERTIFICATE OF SERVICE

I, Sheryl Brown, hereby certify that on this __12__ day of September, 2002, I caused a true and correct copy of the foregoing **Entry of Appearance** to be served via facsimile upon the following:

Debra K. Wallet, Esquire
24 N. 32nd Street
Camp Hill, PA 17011

**Attorney for Plaintiff,
Barbara E. Varner**

Paul J. Dellasega, Esquire
Thomas, Thomas & Hafer
305 N. Front Street
P.O. Box 999
Harrisburg PA 17108

**Attorney for Defendant,
Cumberland County**

A. Taylor Williams, Esquire
Legal Counsel to the Court Administrator
of Pennsylvania
Administrative Office of Pennsylvania Courts
1515 Market Street
Philadelphia, PA 19102

**Attorney for Defendant,
Commonwealth Court of Pennsylvania, Ninth Judicial District**

Barbara O'Connell, Esquire
Sweeney & Sheehan, P.C.
1515 Market Street, 19th Floor
Philadelphia, PA 19102

**Attorney for Defendant,
Joseph Osenkarski**

_____
Sheryl L. Brown