

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER, | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:CV-01-725 |
| v. | : | J. Kane |
| COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY, et al., | : | |
| Defendants | : | |

FILED
HARRISBURG

SEP 20 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

O R D E R

AND NOW this 20th day of, 2002, **IT IS HEREBY ORDERED THAT** the depositions of County Court Judges are **STAYED** pending a ruling on defendants' Motion to Dismiss. **IT IS FURTHER ORDERED THAT** a telephone status conference will be held December 3, 2002 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

_____
Yvette Kane
United States District Judge