

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER, : | CIVIL ACTION NO. |
| Plaintiff : | 1:CV-01-725 |
| : | |
| v. : | J. Kane |
| : | |
| COMMONWEALTH OF : | |
| PENNSYLVANIA, NINTH JUDICIAL : | |
| DISTRICT, CUMBERLAND : | |
| COUNTY, et al., : | |
| Defendants : | |

FILED
HARRISBURG

SEP 2 0 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**O R D E R**

AND NOW this 20th day of, 2002, **IT IS HEREBY ORDERED THAT** the case management deadlines are **EXTENDED** as follows:

| | |
|---|---|
| Close of Fact Discovery: | January 31, 2003 |
| Report of Experts: | February 14, 2003 |
| Response Reports to Experts Report: | February 28, 2003 |
| Dispositive Motions and Supporting Briefs Due: | May 21, 2003 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | May 30, 2003 |
| Motions In Limine Due: | June 6, 2003 |
| Pretrial Memoranda Due: | June 20, 2003 |
| Pretrial and Settlement Conference: | June 24, 2003 - 10:00 a.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | July 2, 2003 |
| Jury Selection and Trial: | July 7, 2003 - 9:30 a.m. |

Yvette Kane
United States District Judge