

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE NO: **1:CV-01-725**

DATE: **December 3, 2002**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **Telephone Conference**

Time Commenced: **9:00 a.m.**      Time Terminated: **9:15 a.m.**

**APPEARANCES:**

**Plaintiff:**                                    **Defendant:**

Debra Wallet, Esquire                  Barbara O'Connell, Esquire
                                       David McMain, Esquire
                                       James Thomas, Esquire
                                       A. Taylor Williams, Esquire

FILED
HARRISBURG

DEC - 3 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## REMARKS

Discovery / Scheduling

Pltf directed to submit to depositions before defendants.

Parties directed to established schedule for depositions. New scheduling order to issue.