IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>    Plaintiff<br><br>  v.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA, NINTH JUDICIAL<br>DISTRICT, CUMBERLAND<br>COUNTY, et al.,<br>    Defendants | CIVIL ACTION NO. 1:CV-01-725<br>(Judge Kane) |

## ORDER

Discovery in the above-captioned case shall proceed as follows. The parties shall designate two days each month for taking depositions and notify the Court of those dates. Plaintiff shall be deposed prior to taking the depositions of Defendants Graham and Osenkarski.

_____
Yvette Kane
United States District Judge

Date: 12/3, 2002