IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER, | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:CV-01-725 |
| v. | : | Judge Kane |
| COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY, et al., | : | |
| Defendants | : | |

**O R D E R**

AND NOW this 3rd day of December, 2002, **IT IS HEREBY ORDERED**

THAT the following case management deadlines are established:

| | |
|---|---|
| Close of Fact Discovery: | April 30, 2003 |
| Report of Experts: | May 14, 2003 |
| Response Reports to Experts Report: | May 28, 2003 |
| Dispositive Motions and Supporting Briefs Due: | June 18, 2003 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | August 29, 2003 |
| Motions In Limine Due: | September 5, 2003 |
| Pretrial Memoranda Due: | September 17, 2003 |
| Pretrial and Settlement Conference: | September 25, 2003 - 10:00 a.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | October 1, 2003 |
| Jury Selection and Trial: | October 6, 2003 - 9:30 a.m. |

Yvette Kane
United States District Judge