IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>NINTH JUDICIAL DISTRICT,<br>CUMBERLAND COUNTY;<br>CUMBERLAND COUNTY; S. GARETH<br>GRAHAM, individually; and JOSEPH<br>OSENKARSKI, individually,<br>Defendants | :<br>:<br>:<br>:    CIVIL ACTION<br>:    NO: 1:CV 01-0725<br>:<br>:<br>:    JURY TRIAL DEMANDED<br>:<br>:    Judge Yvette Kane<br>:<br>: |

FILED
HARRISBURG

JAN 17 2003

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

### ORDER

AND NOW, this 17th day of January, 2003, upon agreement of counsel, counsel are directed to reserve the following dates for the scheduling of depositions:

  February 11, 2003
  February 14, 2003
  February 24, 2003
  February 25, 2003
  March 3, 2003
  March 4, 2003
  April 28, 2003
  April 29, 2003

Counsel are directed not to schedule other matters for these dates so that discovery may be completed by April 30, 2003 as ordered by this Court on December 3, 2002.

_____
Yvette Kane, United States District Judge