IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA E. VARNER,                  :
                    Plaintiff       :
                                    :
            v.                      :     CIVIL ACTION
                                    :     NO: 1:CV 01-0725
COMMONWEALTH OF PENNSYLVANIA, :
NINTH JUDICIAL DISTRICT,            :
CUMBERLAND COUNTY;                  :     JURY TRIAL DEMANDED
CUMBERLAND COUNTY; S. GARETH        :
GRAHAM, individually; and JOSEPH    :     Judge Yvette Kane
OSENKARSKI, individually,           :
                    Defendants      :

## ORDER

AND NOW, this _____ day of April 2003, after consideration of the joint motion for

an extension of the close of discovery, said motion is hereby GRANTED. All discovery shall

be completed no later than sixty (60) days after the Court's ruling on the pending motion to

compel the production of documents and the deposition requested by the Plaintiff. All other

deadlines set forth in this Court's Case Management Order dated December 3, 2002 shall be

extended by the same amount of time.

_____
Yvette Kane, United States District Judge