IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO: 1:CV 01-0725 |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| NINTH JUDICIAL DISTRICT, | : | |
| CUMBERLAND COUNTY; | : | JURY TRIAL DEMANDED |
| CUMBERLAND COUNTY; S. GARETH | : | |
| GRAHAM, individually; and JOSEPH | : | Judge Yvette Kane |
| OSENKARSKI, individually, | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of April 2003, upon consideration of Plaintiff's motion

(1) to compel discovery of a copy of the investigative report given to Judge Harold E. Sheely

in or about July, 1997 concerning the investigation of Varner's allegations of sexual

harassment and sex discrimination, as well as a copy of all interview notes or other documents

which constitute the investigation of Varner's allegations of sexual harassment and sex

discrimination; and (2) to compel the deposition of David W. DeLuce, said motion is hereby

GRANTED.

The Defendants shall produce all requested documents to the Plaintiff not later than ten days after the date of this Order.  The deposition of David W. DeLuce shall be scheduled as soon as possible after the date of this Order, but not later than sixty (60) days from this date.

_____
Yvette Kane, United States District Judge