IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| BARBARA E. VARNER, | : | CIVIL ACTION NO. |
|   | : | 1:CV-01-725 |
| Plaintiff | : |   |
|   | : |   |
| v. | : | Judge Kane |
|   | : |   |
| COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW** this 6th day of May, 2003, **IT IS HEREBY ORDERED THAT** a telephone conference has been scheduled for May 9, 2003 at 11:00 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

    s/ Yvette Kane
Yvette Kane
United States District Judge