IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA E. VARNER,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 1:CV-01-725** |
| v. | : | (Judge Kane) |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY, et al.,** | : : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of May, 2003, upon consideration of the parties' motion for extension of discovery deadlines (Doc. No. 51), **IT IS HEREBY ORDERED THAT** the motion is **DENIED**.

                                                      s/Yvette Kane
                                                     Yvette Kane
                                                     United States District Judge