# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA E. VARNER,** : | |
|     Plaintiff : | |
| : | **CIVIL ACTION NO. 1:CV-01-725** |
| v. : | **(Judge Kane)** |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, NINTH JUDICIAL** : | |
| **DISTRICT, CUMBERLAND** : | |
| **COUNTY, et al.,** : | |
|     **Defendants** : | |

## ORDER

Before the Court is the County Defendant's Rule 412 motion (Doc. No. 49), filed April 21, 2003. The brief in support of the motion was due May 5, 2003. As of the date of this order, no brief has been filed. Therefore, pursuant to Local Rule 7.5, **IT IS ORDERED THAT** Defendant's motion is **DEEMED WITHDRAWN**.

                                                                s/Yvette Kane
                                                                Yvette Kane
                                                                 United States District Judge

Date: May 9, 2003