IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER, : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. 1:CV-01-725 |
| v. : | (Judge Kane) |
| : | |
| COMMONWEALTH OF : | |
| PENNSYLVANIA, NINTH JUDICIAL : | |
| DISTRICT, CUMBERLAND : | |
| COUNTY, et al., : | |
|     Defendants : | |

## ORDER

Pursuant to a telephone conference held with counsel on May 9, 2003, **IT IS ORDERED THAT** briefing on the pending motion to compel will proceed as follows. Plaintiff's brief in support of her motion is due May 9, 2003. Defendants' responsive brief is due May 16, 2003 and Plaintiff's reply brief is due May 23, 2003. **IT IS FURTHER ORDERED THAT** this case is **STAYED** pending the Court's ruling on the motion to compel.

                                                              s/Yvette Kane
                                                              Yvette Kane
                                                              United States District Judge

Date: May 9, 2003