# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA E. VARNER,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 1:CV-01-725** |
| v. | : | **(Judge Kane)** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, NINTH JUDICIAL** | : | |
| **DISTRICT, CUMBERLAND** | : | |
| **COUNTY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of June, 2003, upon consideration of Plaintiff's motion to compel (Doc. No. 52), **IT IS HEREBY ORDERED THAT** Defendant Cumberland County shall produce the 1997 Investigative Report of David W. DeLuce referenced in this motion to the Court for in camera review on or before June 13, 2003.

                                                                s/ Yvette Kane
                                                               Yvette Kane
                                                               United States District Judge