IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA E. VARNER,** | : | |
| Plaintiff | : | |
| | : | **CIVIL ACTION NO. 1:CV-01-725** |
| v. | : | |
| | : | (Judge Kane) |
| **COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY; CUMBERLAND COUNTY; S. GARETH GRAHAM; and JOSEPH OSENKARSKI,** | : : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 25th day of September, 2003, **IT IS HEREBY ORDERED** that the following case management deadlines are established:

| | |
|---|---|
| Close of Fact Discovery: | **November 14, 2003** |
| Expert Reports Due: | **November 28, 2003** |
| Response Reports to Expert Reports Due: | **December 12, 2003** |
| Dispositive Motions and Supporting Briefs Due: | **December 19, 2003** |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or Before | **February 27, 2004** |
| Motions in Limine Due: | **March 5, 2004** |
| Pretrial Memoranda Due: | **March 19, 2004** |
| Pretrial and Settlement Conference | **March 24, 2004 - 10:00 a.m.** |
| Proposed Jury Instructions, Proposed Voir Dire Questions and Objections to Proposed Instructions: | **March 26, 2004** |
| Jury Selection and Trial | **April 5, 2004 - 9:30 a.m.** |

    S/ Yvette Kane
    Yvette Kane
    United States District Judge