IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER, : | |
| : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 1:CV 01-0725 |
| vs. : | |
| : | |
| COMMONWEALTH OF PENNSYLVANIA, : | **JUDGE YVETTE KANE** |
| NINTH JUDICIAL DISTRICT, CUMBERLAND : | |
| COUNTY COURT OF COMMON PLEAS, : | |
| ET AL., : | |
| : | |
| *Defendants.* : | |

## ORDER

**AND NOW**, this _____ day of _____, 2003, upon consideration of Defendants joint Motion to Extend the Length of their Briefs in Support of their Motions for Summary Judgment, IT IS HEREBY ORDERED AND DECREED that Judicial Defendant, the Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County Court of Common Pleas, may submit a brief not to exceed forty (40) pages in length to support its Motion for Summary Judgment and Individual Defendants, S. Gareth Graham and Joseph Osenkarski, may submit briefs not to exceed thirty (30) pages in length in support of their respective Motions for Summary Judgment.

_____
U.S.D.J.