IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER, : | |
| : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 1:CV 01-0725 |
| vs. : | |
| : | |
| COMMONWEALTH OF PENNSYLVANIA, : | **JUDGE YVETTE KANE** |
| NINTH JUDICIAL DISTRICT, CUMBERLAND : | |
| COUNTY COURT OF COMMON PLEAS, : | |
| ET AL., : | |
| : | |
| *Defendants.* : | |

## STATEMENT OF CONCURRENCE

Undersigned counsel has communicated with counsel for all parties, and said counsel have indicated that all parties *do concur* in the within Motion.

                                **s/A. Taylor Williams**
                                A. TAYLOR WILLIAMS, ESQUIRE
                                Counsel for Commonwealth of Pennsylvania,
                                Ninth Judicial District, Cumberland County
                                Court of Common Pleas