IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 1:CV 01-0725 |
| vs. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | **JUDGE YVETTE KANE** |
| NINTH JUDICIAL DISTRICT, CUMBERLAND | : | |
| COUNTY COURT OF COMMON PLEAS, | : | |
| ET AL., | : | |
| *Defendants.* | : | |

**BRIEF IN SUPPORT OF MOTION TO EXTEND LENGTH
OF SUMMARY JUDGMENT BRIEF**

**I.    FACTS & PROCEDURAL HISTORY**

Plaintiff, Barbara Varner, filed this action alleging Title VII violations by Defendants. Plaintiff, an employee of the Juvenile Probation Department of the Court of Common Pleas of Cumberland County, alleges Defendants Graham and Osenkarski sexually harassed her. Further, she claims Defendants Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County Court of Common Pleas and Cumberland County failed in their duties as her co-employers to remedy the situation.

A scheduling order issued in the action requires dispositive motions to be filed by December 19, 2003. Judicial Defendant and individual Defendants seek permission to file briefs in support of their respective Motions for Summary Judgment in excess of the fifteen (15) page limit. All counsel concur in this request.

**II.     ARGUMENT**

Judicial Defendant and individual Defendants are preparing their respective Motions for Summary Judgment.  Judicial Defendant seeks an extension not to exceed forty (40) pages.  Individual Defendants seek an extension not to exceed thirty (30) pages.  Defendants ask to exceed the page limits due to the complicated nature of Title VII actions, an area in which the case law is rapidly developing.  Extensive discovery has occurred in this matter.  More than twenty depositions have been taken.  The Undisputed Material Facts in the case exceed the fifteen (15) page limit.  Defendants request the extended page limits so they can fully inform the Court regarding the numerous issues in this action.  All parties concur in this request.

**III.    CONCLUSION**

**WHEREFORE**, Judicial Defendant Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County Court of Common Pleas and Individual Defendants S. Gareth Graham and Joseph Osenkarski ask the Court to grant their Joint Motion to Extend the Length of their briefs in support of their respective Summary Judgment Motions.

Respectfully submitted,

**s/A. Taylor Williams**
A. TAYLOR WILLIAMS, ESQUIRE
Attorney I.D. No. PA33149
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
*Attorney For Court Defendant*
*Cmwlth. of Pennsylvania, Ninth Judicial District,*

**s/L. Kristen Blanchard**
DAVID J. MACMAIN, ESQUIRE
L. KRISTEN BLANCHARD, ESQUIRE
Montgomery, McCracken
123 South Broad Street
Philadelphia, PA  19109
kblanchard@mmwr.com
(215) 772-1500, Fax: (215) 772-7620
*Attorneys for Defendant*
*S. Gareth Graham*

**s/Paul Lancaster Adams**
PAUL LANCASTER ADAMS, ESQUIRE
Sweeney & Sheehan, P.C.
1515 Market Street, 15th Floor
Philadelphia, PA  19102
paul.adams@sweeneyfirm.com
(215) 563-9811, Fax: (215) 557-0999
*Attorney for Defendant*
*Joseph Osenkarski*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER, | : |
|     *Plaintiff* | : CIVIL ACTION |
| | : NO. 1:CV 01-0725 |
| vs. | : |
| COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY COURT OF COMMON PLEAS, ET AL., | : **JUDGE YVETTE KANE** |
|     *Defendants.* | : |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 15, 2003, she personally caused to be served upon the following a true and correct copy of the foregoing *Motion to Dismiss Plaintiff's Complaint,* filed on behalf of Commonwealth of Pennsylvania, Ninth Judicial District, Cumberland County Court of Common Pleas, by mailing same first class, postage pre-paid, U.S. mail to:

    Debra K. Wallet, Esq.                  Paul J. Dellasega
    24 North 32nd Street                  Thomas, Thomas & Hafer, LLP
    Camp Hill, PA 17011                 305 N. Front St., P.O. Box 999
    *Counsel for Plaintiff*                  Harrisburg, PA  17108
                                               *Counsel for Defendant Cumberland County*

**s/A. Taylor Williams**
A. TAYLOR WILLIAMS, ESQUIRE
Attorney I.D. No. PA33149
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
***Attorney For Court Defendant***
***Cmwlth. of Pennsylvania, Ninth Judicial District,***
***Cumberland County Court Of Common Pleas***

**s/L. Kristen Blanchard**
DAVID J. MACMAIN, ESQUIRE
L. KRISTEN BLANCHARD, ESQUIRE
Montgomery, McCracken
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109
kblanchard@mmwr.com
(215) 772-1500, Fax: (215) 772-7620
*Attorneys for Defendant*
*S. Gareth Graham*


**s/Paul Lancaster Adams**
PAUL LANCASTER ADAMS, ESQUIRE
Sweeney & Sheehan, P.C.
1515 Market Street, 15th Floor
Philadelphia, PA  19102
paul.adams@sweeneyfirm.com
(215) 563-9811, Fax: (215) 557-0999
*Attorney for Defendant*
*Joseph Osenkarski*