## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER,<br>    Plaintiff | : | |
| | : | |
| | : | No.: 1:CV 01-0725 |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA,<br>NINTH JUDICIAL DISTRICT,<br>CUMBERLAND COUNTY, | : | JURY TRIAL<br>DEMANDED |
| | : | |
| and | : | |
| | : | |
| CUMBERLAND COUNTY, | : | Electronically Filed |
| | : | |
| and | : | |
| | : | |
| S. GARETH GRAHAM, Individually | : | JUDGE YVETTE KANE |
| | : | |
| and | : | |
| | : | |
| JOSEPH OSENKARSKI, Individually<br>    Defendants | : | |

### ORDER

    AND NOW this 17th day of December, 2003, upon consideration of Defendant Cumberland County's Motion to Extend the Length of its Brief in Support of its Motion for Summary Judgment, and appearing to the Court that the issues to be raised in the Motion and Brief are substantial and that two of the other named Defendants have concurred in the Motion without response from Plaintiff and Defendant Osenkarski, IT IS HEREBY ORDERED AND DECREED as follows:  Defendant may submit a Brief of approximately THIRTY pages in length in support of its Motion for Summary Judgment.

S/ Yvette Kane
Kane, J.
