**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Barbara E. Varner,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **No.:  1:CV 01-0725** |
| | : | |
| **Commonwealth of Pennsylvania,** | : | |
| **Ninth Judicial District, Cumberland** | : | **JURY TRIAL DEMANDED** |
| **County, and Cumberland County** | : | |
| **and S. Gareth Graham, Individually,** | : | **JUDGE YVETTE KANE** |
| **and Joseph Osenkarski, Individually,** | : | |
| **Defendants** | : | |

**MOTION FOR SUMMARY JUDGMENT
FILED ON BEHALF OF CUMBERLAND COUNTY**

Cumberland County, one of the Defendants in the above-captioned case, moves this Honorable Court pursuant to FRCP 56 to grant Summary Judgment in its favor, averring in support thereof as follows:

1.     No issues of material fact exists and Cumberland County is entitled to judgment as a matter of law.

2.     The Undisputed Material Facts show that Cumberland County is neither Plaintiff's employer nor Plaintiff's "joint employer".

Respectfully submitted,
**THOMAS, THOMAS & HAFER, LLP**

DATE:  December 19, 2003          **s/James K. Thomas, II**

By:_____

James K. Thomas, II, Esquire
Atty. ID #:  15613
Paul J. Dellasega, Esquire
Atty. ID #:  23146
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA  17108
Attorney for Defendant Cumberland County

270309.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Barbara E. Varner, | : | |
|           Plaintiff | : | |
| | : | |
|     v. | : | No.: 1:CV 01-0725 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| Ninth Judicial District, Cumberland | : | **JURY TRIAL DEMANDED** |
| County, and Cumberland County | : | |
| and S. Gareth Graham, Individually, | : | **JUDGE YVETTE KANE** |
| and Joseph Osenkarski, Individually, | : | |
|           Defendants | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I sent a true and correct copy of the foregoing document to

the following counsel of record, by placing a copy of same in the United States, first class

mail, postage prepaid, addressed as follows:

Debra K. Wallet, Esquire
24 North 32nd Street
Camp Hill, PA 17011

A. Taylor Williams, Esquire
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

David J. MacMain, Esquire
Montgomery, McCracken,
 Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Paul J. Adams, Esquire
Sweeney & Sheehan, P.C.
1515 Market Street, 15th Floor
Philadelphia, PA 19102


**THOMAS, THOMAS & HAFER, LLP**


By:   **s/James K. Thomas, II**
                   _____
                   Paul J. Dellasega, Esquire

Dated: December 19, 2003