IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Barbara E. Varner,** : | |
|        **Plaintiff** : | |
| : | |
| v. : | No.: 1:CV 01-0725 |
| : | |
| **Commonwealth of Pennsylvania,** : | |
| **Ninth Judicial District, Cumberland** : | **JURY TRIAL DEMANDED** |
| **County, and Cumberland County** : | |
| **and S. Gareth Graham, Individually,** : | **JUDGE YVETTE KANE** |
| **and Joseph Osenkarski, Individually,** : | |
|        **Defendants** : | |

**STATEMENT OF NON-CONCURRENCE**

Plaintiff, Barbara Varner, does not concur in the Motion for Summary Judgment filed on behalf of Cumberland County. Defendant Ninth Judicial District takes no position on the Motion for Summary Judgment. Defendants Graham and Osenkarski do not concur absent the opportunity to first read the Briefs supporting the County's Motion for Summary Judgment.

    Respectfully submitted,

    **THOMAS, THOMAS & HAFER, LLP**

DATE: December 19, 2003    s/James K. Thomas, II
    By:_____
    James K. Thomas, II, Esquire
    Atty. ID #: 15613
    Paul J. Dellasega, Esquire
    Atty. ID #: 23146
    305 North Front Street
    Sixth Floor, P.O. Box 999
    Harrisburg, PA 17108
    Attorney for Defendant Cumberland County

270309.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Barbara E. Varner,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | No.: 1:CV 01-0725 |
| | : | |
| **Commonwealth of Pennsylvania,** | : | |
| **Ninth Judicial District, Cumberland** | : | **JURY TRIAL DEMANDED** |
| **County, and Cumberland County** | : | |
| **and S. Gareth Graham, Individually,** | : | **JUDGE YVETTE KANE** |
| **and Joseph Osenkarski, Individually,** | : | |
| **Defendants** | : | |

### CERTIFICATE OF SERVICE

I hereby certify that I sent a true and correct copy of the foregoing document to the following counsel of record, by placing a copy of same in the United States, first class mail, postage prepaid, addressed as follows:

Debra K. Wallet, Esquire
24 North 32nd Street
Camp Hill, PA  17011

A. Taylor Williams, Esquire
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102

David J. MacMain, Esquire
Montgomery, McCracken,
 Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Paul J. Adams, Esquire
Sweeney & Sheehan, P.C.
1515 Market Street, 15th Floor
Philadelphia, PA  19102

**THOMAS, THOMAS & HAFER, LLP**

By:   **s/James K. Thomas, II**
_____
James K. Thomas, II, Esquire

Dated:  December 19, 2003