IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Barbara E. Varner,** : | |
|     **Plaintiff** : | |
| : | |
| **v.** : | No.: 1:CV 01-0725 |
| : | |
| **Commonwealth of Pennsylvania,** : | |
| **Ninth Judicial District, Cumberland** : | **JURY TRIAL DEMANDED** |
| **County, and Cumberland County** : | |
| **and S. Gareth Graham, Individually,** : | **JUDGE YVETTE KANE** |
| **and Joseph Osenkarski, Individually,** : | |
|     **Defendants** : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon Motion for Summary Judgment filed on behalf of Cumberland County and the Responsive Plaintiff thereto, it is hereby ordered: That the Motion of Cumberland County is granted and judgment is entered against the Plaintiff and in favor of Cumberland County as to all claims asserted against Cumberland County.

_____
Kane, J.