IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER,<br>            *Plaintiff* | : <br> : <br> : | CIVIL ACTION <br> NO. 1:CV 01-0725 |
| v. | : <br> : | |
| COMMONWEALTH OF PENNSYLVANIA,<br>NINTH JUDICIAL DISTRICT, CUMBERLAND<br>COUNTY; S. GARETH GRAHAM, individually;<br>and JOSEPH OSENKARSKI, individually, | : <br> : <br> : <br> : | JURY TRIAL DEMANDED <br><br> JUDGE YVETTE KANE |

## STATEMENT OF CONCURRENCE/NONCONCURRENCE

Plaintiff, Barbara Varner, does not concur in the Motion for Summary Judgment Filed on Behalf of the Ninth Judicial District. Defendant Cumberland County concurs in the Motion. Defendant Gary Graham concurs in the Motion. Defendant Joseph Osenkarski concurs in the Motion.

　　　　　　　　　　　　　　　　　　s/A. Taylor Williams
　　　　　　　　　　　　　　　　　　A. TAYLOR WILLIAMS, ESQUIRE
　　　　　　　　　　　　　　　　　　Attorney I.D. No. PA33149
　　　　　　　　　　　　　　　　　　Administrative Office of PA Courts
　　　　　　　　　　　　　　　　　　1515 Market Street, Suite 1414
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　legaldepartment@pacourts.us
　　　　　　　　　　　　　　　　　　(215) 560-6300, Fax: (215) 560-5486
　　　　　　　　　　　　　　　　　　*Attorney For Court Defendant*
　　　　　　　　　　　　　　　　　　*Cmwlth. of Pennsylvania, Ninth Judicial District,*
　　　　　　　　　　　　　　　　　　*Cumberland County Court Of Common Pleas*