## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER, | : | |
|       *Plaintiff* | : | CIVIL ACTION |
| | : | NO. 1:CV 01-0725 |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | JURY TRIAL DEMANDED |
| NINTH JUDICIAL DISTRICT, CUMBERLAND | : | |
| COUNTY; S. GARETH GRAHAM, individually; | : | JUDGE YVETTE KANE |
| and JOSEPH OSENKARSKI, individually, | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2004, upon Motion for Summary Judgment filed on Behalf of Defendant, Ninth Judicial District of Pennsylvania, Cumberland County Court of Common Pleas, and the Response of Plaintiff thereto, it is hereby ORDERED

That the Motion of said Defendant is GRANTED and judgment is entered against the Plaintiff and in favor of Court Defendant, Commonwealth of Pennsylvania, Ninth Judicial District, as to all claims asserted against said Defendant.

_____
Yvette Kane, J.