UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA VARNER, | : | Civil Action No. 1:01-CV-725 |
| Plaintiff, | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY, CUMBERLAND COUNTY, S. GARETH GRAHAM, individually, and JOSEPH OSENKARSKI, individually, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant S. Gareth Graham's Motion for Summary Judgment and Memorandum in support thereof, and Plaintiff's Response thereto, it is hereby ORDERED AND DECREED that Defendant Graham's Motion is GRANTED as to all counts and Plaintiff's Complaint is dismissed with prejudice.

BY THE COURT:

_____
Honorable Yvette Kane

989265v1