# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Barbara E. Varner,** : | |
|     **Plaintiff** : | |
| : | |
| v. : | No.: 1:CV 01-0725 |
| : | |
| Commonwealth of Pennsylvania, : | |
| Ninth Judicial District, Cumberland : | **JURY TRIAL DEMANDED** |
| County, and Cumberland County : | |
| and S. Gareth Graham, Individually, : | **JUDGE YVETTE KANE** |
| and Joseph Osenkarski, Individually, : | |
|     **Defendants** : | |

## NOTICE OF CONCURRENCE

Cumberland County, one of the Defendants in the above-captioned action hereby concurs in the Motion for Summary Judgment filed on behalf of Defendant Joseph Osenkarski.

                                                  Respectfully submitted,

                                                  **THOMAS, THOMAS & HAFER, LLP**

DATE:  December 23, 2003            **s/James K. Thomas, II**
                                            By:_____
                                                James K. Thomas, II, Esquire
                                                Atty. ID #:  15613
                                                Paul J. Dellasega, Esquire
                                                Atty. ID #:  23146
                                                305 North Front Street
                                                Sixth Floor, P.O. Box 999
                                                Harrisburg, PA  17108
                                                Attorney for Defendant Cumberland County

270309.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Barbara E. Varner,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | No.:  1:CV 01-0725 |
| | : | |
| **Commonwealth of Pennsylvania,** | : | |
| **Ninth Judicial District, Cumberland** | : | **JURY TRIAL DEMANDED** |
| **County, and Cumberland County** | : | |
| **and S. Gareth Graham, Individually,** | : | **JUDGE YVETTE KANE** |
| **and Joseph Osenkarski, Individually,** | : | |
| **Defendants** | : | |

### CERTIFICATE OF SERVICE

I hereby certify that I sent a true and correct copy of the foregoing document to the following counsel of record, by placing a copy of same in the United States, first class mail, postage prepaid, addressed as follows:

Debra K. Wallet, Esquire
24 North 32nd Street
Camp Hill, PA  17011

A. Taylor Williams, Esquire
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102

David J. MacMain, Esquire
Montgomery, McCracken,
 Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Paul J. Adams, Esquire
Sweeney & Sheehan, P.C.
1515 Market Street, 15th Floor
Philadelphia, PA  19102

**THOMAS, THOMAS & HAFER, LLP**

By: **s/James K. Thomas, II**
_____
James K. Thomas, II, Esquire

Dated:  December 23, 2003