IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>        Plaintiff | :<br>:<br>: |
| v. | :    CIVIL ACTION<br>:    NO: 1:CV 01-0725 |
| COMMONWEALTH OF<br>PENNSYLVANIA, NINTH JUDICIAL<br>DISTRICT, CUMBERLAND<br>COUNTY; CUMBERLAND<br>COUNTY; S. GARETH GRAHAM,<br>individually; and JOSEPH<br>OSENKARSKI, individually,<br>        Defendants | :<br>:<br>:    JURY TRIAL DEMANDED<br>:<br>:    Judge Yvette Kane<br>:    Electronically Filed<br>:<br>: |

## **ORDER**

AND NOW, this _____ day of _____ 200___, upon consideration of plaintiff's unopposed motion for a 15-day extension of time to respond to the four motions for summary judgment filed by the defendants, said motion is hereby GRANTED.

Plaintiff shall file responses to the four motions for summary judgment on or before January 21, 2004.

_____
Yvette Kane, United States District Judge