# EXHIBITS TO REVISED STATEMENT OF FACTS

## TABLE OF CONTENTS

Exhibit:   Deposition of Plaintiff, Barbara Varner
  Referenced in Statement of Facts ¶¶ 1-85; 87-89; 91-96; 159; 160.

Exhibit:   Deposition of the Honorable Edward Guido
  Referenced in Statement of Facts ¶¶ 86; 188-207.

Exhibit:   Deposition of Joseph Osenkarski
  Referenced in Statement of Facts ¶¶ 98-100.

Exhibit:   Deposition of Gary Graham:
  Referenced in Statement of Facts ¶¶ 101-103.

Exhibit:   Deposition of Kerry Houser
  Referenced in Statement of Facts ¶¶ 104-110.

Exhibit:   Deposition of Ronna Boyles
  Referenced in Statement of Facts ¶¶ 111-119.

Exhibit:   Deposition of Bill Brandt
  Referenced in Statement of Facts ¶¶ 120-130.

Exhibit:   Deposition of the Honorable Harold Sheely
  Referenced in Statement of Facts ¶¶ 131-132; 135; 137-152.

Exhibit:   Deposition of David DeLuce
  Referenced in Statement of Facts ¶¶ 133-134; 136; 210-215.

Exhibit:   Deposition of the Honorable George Hoffer
  Referenced in Statement of Facts ¶¶ 153-158; 160-169.

Exhibit:   Deposition of Dennis Drachbar
  Referenced in Statement of Facts ¶¶ 170.

Exhibit:   Deposition of Samuel Miller
  Referenced in Statement of Facts ¶¶ 171-175; 177-179.

Exhibit:   Deposition of Darby Christlieb
  Referenced in Statement of Facts ¶¶ 180-187.

Exhibit: <u>Com. v. Barbara E. Graham</u>: Transcript of Proceedings before District Justice Paula P. Correal, Jan. 10, 2000.
    Referenced in Statement of Facts ¶ 80.

Exhibit: Hoffer Dep. Ex. 12: Memo from Christine Miller re: evacuation follow-up, dated April 5, 2002.
    Referenced in Statement of Facts ¶ 90.

Exhibit: DeLuce Deposition Exhibit 3:
Report prepared by David DeLuce as seen by Judges Sheely and Hoffer
    Referenced in Statement of Facts ¶¶ 133; 216.

Exhibit: Osenkarski Deposition Exhibit 12
Memos related to seniority
    Referenced in Statement of Facts ¶ 176.

Exhibit: Sexual Harassment Policy dated 1990, (in effect at the time of Plaintiff's Complaint).
    Referenced in Statement of Facts ¶ 208.

Exhibit: Varner Deposition Exhibit 1
    Referenced in Statement of Facts ¶ 209.

Exhibit: Osenkarski Deposition Exhibit 2
Corrective Action Plan prepared by Joseph Osenkarski
    Referenced in Statement of Facts ¶ 217.

Exhibit: EEOC Docket
    Referenced in Statement of Facts ¶ 218.