

# Human Resources Department of Cumberland County

One Courthouse Square ✦ Carlisle, PA 17013
717-240-6165 ✦ 697-0371, Ext. 6165
532-7286, Ext. 6165 ✦ Fax: 240-7877

Hoffer
DEPOSITION
EXHIBIT
# 12
4/4/03

April 5, 2002

To:    Barbara Varner
From:  Chris Miller

REF:   Evacuation follow up

Barb,

I appreciate your patience during my follow up to the evacuation of March 21, 2002. I have interviewed a variety of individuals from the office of Juvenile Probation regarding evacuation procedures and specifically the incident of March 21st. My conclusion is that there was no malicious intent regarding the failed communication to you, it was an oversight. The following is a summary of what has been done to ensure more effective evacuations in the future and remedies to your situation:

1.    All department directors and elected officials have been provided with employee rosters. They have been informed that they are responsible to ensure complete evacuation of their office areas. Post evacuation, they are to indicate accountability of all employees and provide these lists to Human Resources. Any appropriate follow up will then be conducted by the proper authorities.
2.    An evacuation team was formed previously as part of the Emergency/Safety Team for the County. The evacuation team will be assessing both incidents and making further recommendations to ensure proper evacuations.
3.    The Chief of Juvenile Probation has been informed of his responsibility to account for all employees during an evacuation.
4.    A window was cut into your office door to better ensure you will see when an evacuation is occurring and coworkers will see that you are in that office.
5.    At the suggestion of the County, an official request has been made to President Judge Hoffer to move your office from its current location to the East Wing portion of Juvenile Probation to provide you with a more comfortable environment. This request has been made through the Chief.

Should you have further questions, please do not hesitate to let me know. I will do my best to work with you, through the Court system, to remedy any issues that arise.

920080