# COUNTY OF CUMBERLAND
# PERSONNEL POLICY MANUAL
# 1990

## BOARD OF COMMISSIONERS

Robert J. Moore
Chairman

Blair G. Husted
Vice-Chairman

Marcia L. Myers
Secretary

William E. Dennis
Chief Clerk/Co. Administrator

Horace A. Johnson
Solicitor

Steven D. Tiley
Asst. Solicitor

# EQUAL EMPLOYMENT OPPORTUNITY POLICY

The Commissioners of Cumberland County, Pennsylvania, hereby continue their policy to offer the following Equal Employment Opportunity Policies.

1.  Statement of Equal Employment Opportunity Policy

    A. The County is an Equal Employment Opportunity Employer and does not discriminate against any person in recruitment, examination, appointment, training, promotion, retention, discipline or any other aspect of personnel administration because of political or religious opinions or affiliations or because of race, national origin, handicap, or any other non-merit factors. In addition, discrimination on the basis of age, sex, or physical disability is prohibited except where specific age, sex, or physical requirements constitute a bona fide occupational qualification.

    B. Any employees who feel that they have been discriminated against have the right to file complaints in accordance with the Complaint Procedure. The procedure, however, is not meant to deny an employee the right to file complaints with the State Human Relations Commission, the Equal Employment Opportunity Commission, the State Civil Service Commission (if appropriate), or the Courts of the Commonwealth of Pennsylvania.

## HARASSMENT/DISCRIMINATION

Both state and federal law make it illegal to discriminate against individuals or groups of individuals based upon: race, color, religious creed, ancestry, handicap, or disability, age, sex, or national origin. It has also been held unlawful to harass individuals or groups of individuals by reason of any of the above.

The Cumberland County Commissioners have defined harassment as follows:

"HARASSMENT is any repeated or unwanted verbal or physical action, explicit derogatory statement, or discriminatory remark by someone in the work place which is offensive or objectionable to the recipient or which causes the recipient discomfort or humiliation or which interferes with the recipient's work performance."

Such actions will not be tolerated and any person experiencing such treatment should utilize, without fear of reprisal, the County's complaint procedure as outlined in this Personnel Policy Manual.

Should anyone causing or involved in the harassment be, by virtue of their position, involved in the complaint procedure, the person bringing the complaint shall by-pass that particular step of the complaint procedure.

### RECRUITMENT

## COMPLAINT PROCEDURE

Employees may file complaints under the following procedures without fear of reprisal. Civil Service employees may file a complaint through the Civil Service Complaint Procedure. Employees selecting the Civil Service complaint procedure, are not eligible to use the procedure outlined in this manual.

Section 1: Step One - Any employee with a complaint shall discuss the matter with his immediate supervisor, who shall attempt to settle the matter to the mutual satisfaction of the County and employee within two (2) working days of its presentation.

Section 2: Step Two - If the employee is not satisfied with the disposition of his complaint after discussion with his immediate supervisor, he may submit a written appeal to his department head within three (3) working days after receiving a decision at Step One. The department head, within five (5) working days after receiving the appeal, shall meet with the employee in an attempt to resolve the complaint. The department head shall give the employee a written decision within three (3) working days after the meeting.

Section 3: Step Three - If the employee is not satisfied with the disposition of his complaint at the second step, he may submit a written appeal to the Commissioners or their designee within three (3) working days after receiving a decision at Step

9

Two. The Commissioners or their designee shall hold a meeting in which the employee can present his complaint and shall give the employee a written decision within five (5) working days following said meeting. The decision of the Commissioners shall be final.

Complaint Forms may be obtained in the Personnel Office.