# CASE LOG

| CHARGE NO. | RESPONDENT | CHARGING PARTY |
|---|---|---|
| | | — → |

| DATE | ACTION | ENTERED BY |
|---|---|---|
| 12/14/98 | Draft charge sent to CP | |
| | ~~CHARGE DOCKETED~~ | |
| 1/7/99 | rec'd. signed charge | |
| | Docketed | |
| 1/13/99 | 131 to R without charge | |
| 2/22/99 | rec'd. FAX from CP | |
| 2/26/99 | 131 to R with charge & RFI's (2) & | |
| | Request for Pos. Statement | |
| | | |
| note: | this is a replacement charge for 170981689 | |
| | which was docketed vs. incorrect R & | |
| | has been dismissed for LJ. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Charge package forwarded to CR/TIU | |
| | Charge package received in CR/TIU | |
| | Open charges against Respondent:    NONE    YES  *(see form)* | |
| 1/13/99 2/26/99 | 131/131A forwarded to Respondent | |
| 2/26/99 | CP/CP Attorney letter forwarded | |
| | 212A forwarded to State/Local Agency | |
| 2/26/99 | Forwarded to Enforcement Manager ___AM___ | —    B4 |
| | Received by Enforcement Manager | B5 |
| 3/3/99 | Forwarded to Enforcement Supervisor ___T-2___ | G1 |
| | Assigned to Investigator _____ | G1 |

010005