```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
. . . . . . . . . . . . . . . .
BARBARA E. VARNER,              .
      Plaintiff,                .   CIVIL ACTION
                                .   NO. 1:CV 01-0725
      vs.                       .
                                .
COMMONWEALTH OF PENNSYLVANIA,   .   (JUDGE YVETTE KANE)
NINTH JUDICIAL DISTRICT,        .
CUMBERLAND COUNTY; CUMBERLAND   .
COUNTY; S. GARETH GRAHAM,       .
Individually, and JOSEPH        .
OSENKARSKI, individually,       .
      Defendants.               .
. . . . . . . . . . . . . . . .
```

Deposition of:   **KERRY HOUSER**

Taken by     :   Defendants

Date         :   March 3, 2003, 9:24 a.m.

Before       :   Emily Clark, RMR, Reporter-Notary

Place        :   12 West High Street
                 Carlisle, Pennsylvania


APPEARANCES:

   DEBRA K. WALLET, ESQUIRE
      For - Plaintiff

   ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
   BY:  A. TAYLOR WILLIAMS, ESQUIRE
      For - Defendant Commonwealth of Pennsylvania
            Ninth Judicial District, Cumberland County

   THOMAS, THOMAS & HAFER
   BY:  PAUL J. DELLASEGA, ESQUIRE
      For - Defendant Cumberland County

1        when her husband was out of town.
2 Q. And did she tell you why she thought this was sexual
3        harassment?
4 A. I don't recall her specifically -- I just remember what
5        she told me, the details.
6 Q. Anything else that she told you about Gary's behavior?
7 A. She showed me a card that Gary had given her, a
8        birthday card.
9 Q. Okay. Did she tell you when she received that card?
10 A. On her birthday. I know her birthday's sometime in
11        January because mine is, too, and we joke about that.
12        But I don't recall a year.
13 Q. Do you remember when she told you about the birthday
14        card? Was it the past year, in the past five years?
15 A. In the past five years.
16 Q. Okay. But you don't know exactly when?
17 A. No.
18 Q. Okay. I apologize if I already asked you this, but did
19        you ever hear a rumor that Gary and Barb were having an
20        affair?
21 A. No, I did not.
22 Q. Never heard a rumor along those lines?
23 A. (Witness shook head negatively.)
24 Q. Okay. Never heard people in the office talk about
25        something like that?

| | | |
|---|---|---|
| 1 | A. | Not until -- I mean, this all transpired after Gary |
| 2 | | said, allegedly said something to Judge Sheely was the |
| 3 | | only time.  I mean, I was just, like, taken aback when |
| 4 | | I heard it. |
| 5 | Q. | Did you ever hear Barb and Gary's wife referred to as |
| 6 | | Barb 1 and Barb 2? |
| 7 | A. | Yes. |
| 8 | Q. | What was the meaning of that, as far as you understood? |
| 9 | A. | It was mostly used by, if I recall, our clerical staff |
| 10 | | and maybe some of the -- I just remember the clerical |
| 11 | | staff.  I know Gary would get a phone call, who it was, |
| 12 | | Barb 1 or Barb 2. |
| 13 | Q. | And you understood that one of those Barbs was Barb |
| 14 | | Varner and one of those Barbs was Gary's wife? |
| 15 | A. | Right. |
| 16 | Q. | Okay.  And how is it that you came to understand that |
| 17 | | that's what that meant? |
| 18 | A. | I don't recall specifically.  They're the only two |
| 19 | | Barbs, I guess, that Gary knew or -- I don't recall who |
| 20 | | came up with that or how that came about. |
| 21 | Q. | Did it ever occur to you that the two of them might be |
| 22 | | having an affair? |
| 23 | A. | No. |
| 24 | Q. | Did Barb ever mention having an affair with Gary? |
| 25 | A. | No. |

| | | |
|---|---|---|
| 1 | Q. | Did you ever ask her about having an affair with him? |
| 2 | A. | No. Never even was even a suspicion of mine, or even, |
| 3 | | I would never have had any reason to think there was |
| 4 | | anything going on between them. |
| 5 | Q. | Okay. Are you aware of whether Barb ever had an affair |
| 6 | | at any point in time? |
| 7 | A. | To my knowledge, no. |
| 8 | Q. | And I don't mean with Gary, I mean with anybody. |
| 9 | A. | Right. |
| 10 | Q. | During your telephone conversation with Deb Wallet |
| 11 | | approximately three weeks ago, was anybody else |
| 12 | | participating in that phone conversation, or was it |
| 13 | | just -- |
| 14 | A. | No. I was at home. |
| 15 | Q. | So as far as you know, it was just the two of you on |
| 16 | | the line? |
| 17 | A. | Yes. |
| 18 | Q. | During the conversations that you've had with Barb |
| 19 | | Varner regarding this lawsuit, has anybody else |
| 20 | | participated in those conversations? |
| 21 | A. | You mean, like, been in the room? |
| 22 | Q. | Sure. |
| 23 | A. | I don't remember if it was at that lunch at Hoss's, I |
| 24 | | know Jen Crum, Winnie, me, Nicole Galbraith, I think |
| 25 | | they were all there. |

|   |   |   |
|---|---|---|
| 1 |   | Then recently the only other people maybe would |
| 2 |   | be, and Ronna hasn't worked there in a while, but Ronna |
| 3 |   | Boyles.  And I'm going to guess Debra Green.  But they |
| 4 |   | would be the only people that I would know. |
| 5 | Q. | Did any of these individuals, to the best of your |
| 6 |   | recollection, participate in the conversation about |
| 7 |   | this lawsuit? |
| 8 | A. | I mean, I'm sure they said something.  What they said, |
| 9 |   | I don't remember.  And I don't know if we were talking |
| 10 |   | about it as a lawsuit or just basically what was going |
| 11 |   | on, like, what the next step was or something. |
| 12 | Q. | Okay.  Do you recall at any point in time speaking with |
| 13 |   | Dave Deluce about this case, or about Barb's Complaint? |
| 14 | A. | When it first started, like, years ago?  Was he the -- |
| 15 |   | did he work for the county? |
| 16 | Q. | I have to ask you the questions, unfortunately. |
| 17 | A. | If he was the one who originally, like, investigated |
| 18 |   | the case, I remember talking to him. |
| 19 | Q. | Do you remember when? |
| 20 | A. | I don't recall how many years ago it's been since this |
| 21 |   | has been going on, but it was shortly after Barb had |
| 22 |   | raised concerns or filed a Complaint.  I don't know |
| 23 |   | what proceeding, what was happening at the time |
| 24 |   | legally. |
| 25 | Q. | Do you remember how many times you spoke with him? |

| | | |
|---|---|---|
| 1 | A. | I think just once. |
| 2 | Q. | Okay. |
| 3 | A. | I remember once. I don't -- I know at least once. |
| 4 | Q. | You mentioned and we talked about the 1993 Complaint |
| 5 | | that you filed against Joe. Did that proceed to |
| 6 | | litigation, or was that only at the agency level? |
| 7 | A. | At the office level, right. |
| 8 | Q. | Okay. Oh, the office level. So it was an internal |
| 9 | | complaint, or was it with the EEOC? |
| 10 | A. | No, just internal. |
| 11 | Q. | Internal, okay. Have you ever filed a lawsuit before? |
| 12 | A. | No. |
| 13 | Q. | Are you married? |
| 14 | A. | Yes. |
| 15 | Q. | For how long? |
| 16 | A. | Seven years. Well, June of '96. |
| 17 | Q. | Is this your first marriage? |
| 18 | A. | No, it's my third. |
| 19 | Q. | Do you have any kids? |
| 20 | A. | Yes. |
| 21 | Q. | How many? |
| 22 | A. | One daughter, Bailey. |
| 23 | Q. | And how old is Bailey? |
| 24 | A. | She's nine. |
| 25 | Q. | And did you graduate from high school? |

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | What year? |
| 3 | A. | 1980. |
| 4 | Q. | And what school? |
| 5 | A. | Carlisle High School. |
| 6 | Q. | Did you graduate from college? |
| 7 | A. | Yes, 1984 from Bloomsburg. |
| 8 | Q. | What was your major area of concentration? |
| 9 | A. | Sociology. |
| 10 | Q. | Do you have any professional degrees or licenses? |
| 11 | A. | Just that.  I mean, just my degree. |
| 12 | Q. | So no graduate school or anything like that? |
| 13 | A. | No. |
| 14 | Q. | And what is your current job title? |
| 15 | A. | Senior probation officer. |
| 16 | Q. | How long have you had that title? |
| 17 | A. | I think since '96 when we made the split. |
| 18 | Q. | And who is your supervisor now? |
| 19 | A. | Lyle Herr. |
| 20 | Q. | Do you know how to spell Lyle's last name? |
| 21 | A. | H-E-R-R. |
| 22 | Q. | Okay.  Is Lyle your only supervisor? |
| 23 | A. | He's my direct supervisor.  We have two supervisors on |
| 24 | | the Adult side.  The other one is Mike Varner. |
| 25 | Q. | And you do not work with Gary Graham now; is that |

```
 1              correct?
 2    A.   I mean, in the same building?  Or --
 3    Q.   Do you have any professional interaction with him now?
 4    A.   Occasionally.  He's our institutional parole officer
 5         and I send paperwork down to him, and talk to his voice
 6         mail a lot about messages.  He might call me up about
 7         when do you want to parole this person or those kind of
 8         things.
 9    Q.   Okay.  And do you have any problems in your
10         professional interactions with him?
11    A.   No.
12    Q.   Okay.  And if you have questions, you get the answers
13         you need from him?
14    A.   I mean, I can talk to him about a case.  I mean, I
15         can't say I agree with everything he does or he agrees
16         with everything I do.
17    Q.   Sure.  Did you ever socialize with Gary outside of
18         work?
19    A.   At trainings, when I worked there.  Before I worked
20         there I worked at Children and Youth and my supervisor
21         was a friend of his, and I know I had a going-away
22         party for this girl named Nancy, and Gary was at that.
23              And I know Gary came one time -- I lived in a
24         third floor apartment and he helped me move to a second
25         floor apartment, up with some other probation officers.
```