IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
. . . . . . . . . . . . . . . . .
BARBARA E. VARNER,               .
      Plaintiff,                 .    CIVIL ACTION
                                 .    NO. 1:CV 01-0725
   vs.                           .
                                 .
COMMONWEALTH OF PENNSYLVANIA,    .    (JUDGE YVETTE KANE)
NINTH JUDICIAL DISTRICT,         .
CUMBERLAND COUNTY; CUMBERLAND    .
COUNTY; S. GARETH GRAHAM,        .
Individually, and JOSEPH         .
OSENKARSKI, individually,        .
      Defendants.                .
. . . . . . . . . . . . . . . . .
```

VOLUME 1
*Pages 1 to 183*

Deposition of:  **S. GARETH GRAHAM**

Taken by      :  Plaintiff

Date          :  January 29, 2003, 9:27 a.m.

Before        :  Emily Clark, RMR, Reporter-Notary

Place         :  Administrative Offices of
                 Pennsylvania Courts
                 5035 Ritter Road, Suite 700
                 Mechanicsburg, Pennsylvania


APPEARANCES:

   DEBRA K. WALLET, ESQUIRE
        For - Plaintiff

   ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
   BY:  A. TAYLOR WILLIAMS, ESQUIRE
        For - Defendant Commonwealth of Pennsylvania
              Ninth Judicial District, Cumberland County

   THOMAS, THOMAS & HAFER
   BY:  JAMES K. THOMAS, II, ESQUIRE
        PAUL J. DELLASEGA, ESQUIRE
        For - Defendant Cumberland County

```
 1      A.      Before lunch.
 2      Q.      Did you go back to work?
 3      A.      I don't know.  I can't tell you.
 4      Q.      You don't remember?
 5      A.      I don't remember.
 6      Q.      Did you and your wife customarily drive back and
 7   forth to the courthouse together?
 8      A.      No.  We drove separately.
 9      Q.      Always?
10      A.      99 percent of the times we drove separately.
11      Q.      Why was that?
12      A.      Well, because she had different duties than I
13   did, and I had supervision duties.  I would go out and
14   supervise, so she wouldn't have a car, and if she wanted to
15   go home for lunch she would not have a vehicle.
16      Q.      Okay.  So you went home that night, didn't tell
17   your wife anything.
18      A.      Correct.
19      Q.      Did she know at that time that there was some
20   possibility that you would be disciplined as a result of the
21   complaints made by Ms. Varner?
22      A.      She didn't know a thing.  I think the next day
23   since I had told Judge Sheely I was going home to tell her
24   and I hadn't told her, you know, he ran into her somewhere, I
25   don't know, you know, being the elevator or in the office,
```

1   but he had said, you know, did Gary talk to you, or
2   something, I think.  You'll have to ask him what he said.
3   But he -- I think he said, did Gary talk to you, and he said,
4   do you think Gary had an affair.
5           And that next day we got in the car to go home
6   for lunch, and I didn't even get out of the parking lot when
7   she looked at me and said, did you have an affair with this
8   woman, is that why you're in this mess.  And I said, yes, I
9   did.  And then we went home.  I remember sitting on the patio
10  and confessing.
11      Q.   Okay.  What prompted you to be going home for
12  lunch with your wife on this day?
13      A.   I don't know.  I had gone home for lunch on
14  occasion with her.  I might have exaggerated my 99 percent,
15  but most often we drove separately, and even though we drove
16  separately we still went home to lunch together.
17      Q.   So is it your testimony that it was actually
18  Judge Sheely who told your wife?
19      A.   No.  I told my wife.  He didn't say anything to
20  her.  He said, could he have had an affair with this woman to
21  make her file these complaints.  So he was seeing if I told
22  her the night before.  That was his way of expressing
23  himself.
24      Q.   And that was the first notice she had about any
25  affair, when Judge Sheely asked her about it?