```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

BARBARA E. VARNER,
    Plaintiff,  .  CIVIL ACTION
                     .  NO. 1:CV 01-0725
  vs.  .

COMMONWEALTH OF PENNSYLVANIA,  .  (JUDGE YVETTE KANE)
NINTH JUDICIAL DISTRICT,
CUMBERLAND COUNTY; CUMBERLAND
COUNTY; S. GARETH GRAHAM,
Individually, and JOSEPH
OSENKARSKI, individually,
    Defendants.

| | | |
|---|---|---|
| Deposition of: | **HON. GEORGE E. HOFFER** | |
| Taken by | : | Defendant Cumberland County Court |
| Date | : | April 4, 2003, 1:46 p.m. |
| Before | : | Emily Clark, RMR, Reporter-Notary |
| Place | : | Cumberland County Courthouse<br>One Courthouse Square<br>Carlisle, Pennsylvania |

APPEARANCES:

    DEBRA K. WALLET, ESQUIRE
        For - Plaintiff

    ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
    BY:  A. TAYLOR WILLIAMS, ESQUIRE
        For - Defendant Commonwealth of Pennsylvania
            Ninth Judicial District, Cumberland County

    THOMAS, THOMAS & HAFER
    BY:  JAMES K. THOMAS, II, ESQUIRE
        PAUL J. DELLASEGA, ESQUIRE
        For - Defendant Cumberland County



COPY

1  be a genius to see that there was extreme antipathy
2  between these two women, and that was what it was all
3  about.  And Barbara Graham mainly wanted to tell me her
4  side of the story about various incidents.
5  Q  Did you personally observe any relationship between
6     Barbara Varner and Barbara Graham?
7  A. Relationship?
8  Q  Did you ever observe the two of them in the same place?
9  A. No.
10 Q  You knew about the, what you've described as antipathy
11    between the two of them because of what people told you?
12 A. Ma'am, I knew about this lawsuit of Ms. Varner's going
13    on.  You have the demotion.  These people aren't
14    friends.
15 Q  Okay.  Did you place some restrictions on Ms. Varner
16    with regard to where she could go within the courthouse?
17 A. No.
18 Q  Did you call Joe Osenkarski to your courtroom or your
19    chambers and instruct him to tell Ms. Varner that she
20    had some restrictions on where she could go?
21 A. I don't recollect, but I may have said to Joe please ask
22    Ms. Varner to stay out of the stenographers' room till
23    we get that taken care of, till we get our renovations
24    taken care of.
25 Q  And you thought it was limited to the stenographers'

1   room?

2   A.  I don't understand your question, ma'am.

3   Q   To the best of your recollection, what did you tell

4       Mr. Osenkarski to tell Ms. Varner?

5   A.  Well, I think you have to understand the situation at

6       the time.  Are you interested in that or not?

7   Q   Sure.

8   A.  At the particular time the old jurors' lounge on the

9       fourth floor of the courthouse used by the lawyers had

10      been used by a judge.  The judge had moved out and we

11      were renovating that space for the court stenographers

12      since we had recently lost their space in the old

13      section of the courthouse.  So the stenographers all had

14      to be moved into what was then occupied by Juvenile

15      Probation and perhaps some Adult Probation in there,

16      too.  Ms. Varner -- excuse me -- Ms. Graham was in this

17      temporary quarters with everyone else.

18          Now, having that understanding I'm ready for your

19      question.

20  Q   Okay.  And these quarters where the stenographers were,

21      is that on the third floor east wing of the courthouse?

22  A.  They were on the third floor at that time, yes,

23      temporarily.

24  Q   You told Mr. Osenkarski to relay something to

25      Ms. Varner?

1  A.  I may have said something to Joe routinely.
2  Q  Well, what was routine about that?
3  A.  Well, I may have asked him to have Ms. Varner, whose
4     office was not in this section, anyway, to stay out of
5     there unless we have some exchange between she and
6     Mrs. Graham. I thought it was routine.
7  Q  Did you ever restrict any of your other probation
8     officers from entering any part of the courthouse?
9  A.  I have not restricted any probation officer at any time
10    other than Gary Graham, whose card we took away.
11 Q  So you didn't consider this a restriction on Ms. Varner?
12 A.  I did not restrict her movements, ma'am.
13 Q  Okay. You told Mr. Osenkarski that she should stay away
14    from the stenographers' area?
15 A.  Please stay away from the room where Barbara Graham is
16    working.
17 Q  Okay. To the best of your knowledge, did Mr. Osenkarski
18    carry out your instructions?
19 A.  Well, I suspect he did, because I got a note from
20    Mrs. Varner that day or the very next day: Put it all
21    in writing. That's what prompted me to have her up to
22    my office.
23 Q  Okay.
24 A.  I knew we had a problem.
25        MS. WALLET: Well, let me mark now as Deposition