**APPENDIX**

# TABLE OF CONTENTS

**PAGE**

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -ii-

II.    Legal Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

   A.  Summary Judgment Standard . . . . . . . . . . . . . . . . . . . . . . . -7-

   B.   Plaintiff's Claims of Violation of Title VII and PHRA Fail
        As a Matter of Law . . . . . . . . . . . . . . . . . . . . . . . . . . . -9-

   C.   Plaintiff Cannot Show That Osenkarski Aided and Abetted
        in Violation of the PHRA By Directly Discriminating Against
        Her In Violation of Section 955(e) . . . . . . . . . . . . . . . . . . -14-

   D.   Plaintiff Cannot Show That Osenkarski Aided and Abetted
        in Violation of the PHRA By Failing To Prevent Unlawful
        Sex Discrimination and Harassment. . . . . . . . . . . . . . . . . . -16-

   E.   Plaintiff Cannot Show that Osenkarski Aided and Abetted
        in Violation of the PHRA By Conspiring with the County
        and Court Defendants in Violation of Section 955(e) . . . . . . . -19-

III.   Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -24-

**APPENDIX**

## TABLE OF AUTHORITIES

<u>**CASES**</u>

*Anderson v. Liberty Lobby, Inc.*,
     477 U.S. 242 (1986)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

*Andrews v. City of Philadelphia*,
     895 F.2d 1469 (3d Cir. 1990)  . . . . . . . . . . . . . . . . . . . . . . . . . -10-,-12-

*Big Apple B.M.W., Inc. v. B.M.W. of N. Amer., Inc.*,
     974 F.2d 1358(3d Cir. 1992), cert. denied, 507 U.S. 912  . . . . . . . . . . . -7-

*Celotex Corp. V. Catrett*,
     477 U.S. 317 (1986)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-,-23-

*Clark County School District v. Breeden*,
     532 U.S. 268 (2001)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -13-

*Dale v. Chicago Tribune Co.*,
     797 F.2d 458 (7th Cir. 1986)  . . . . . . . . . . . . . . . . . . . . . . . . . . . -22-

*Davis v. Levy, Angstreich, Finney, Badlnate, Rubenstein & Cohen*,
     20 F. Supp. 2d 885 (E.D. Pa. 1998)  . . . . . . . . . . . . . . . . . . . . . . . -15-

*Dici v. Commonwealth of Pa*,
     91 F.3d 542 (3d Cir. 1996)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . -15-

*Etkin v. Merk*,
     2001 U.S. Dist. LEXIS 17692 (E.D. Pa. 2001)  . . . . . . . . . . . . . . . . . . -7-

*Ezold v. Wolf, Block, Schorr and Solis Cohen*,
     983 F.2d 509 (3d Cir. 1992)  . . . . . . . . . . . . . . . . . . . . . . . . . . . -13-

*Faragher v. Boca Raton*,

**APPENDIX**

524 U.S. 775 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -9-

*Frye v. Robinson Alarm, Co.*,
        1998 WL 57519 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -16-

*Glickstein v. Neshaminy School District*,
        1997 WL 660636 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -16-

*Harter v. G.A. F. Corp.*,
        967 F.2d 846 (3d Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . -7-

*Mechaniq v. Sears, Roebuck & Co.*,
        864 F.2d 1359 (7th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . -22-

*Meritor Savings Bank FSB v. Vinson*,
        477 U.S. 57 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -9-

*Suders* v. Easton,
        325 F.3d 432 (3d Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . -12-

*Wein v. Sun Company, Inc.*,
        1997 WL 772810 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -22-

*Weston v. Pennsylvania*,
        251 F.3d 420 (3d Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . -10-

**<u>STATUTES</u>**

43 Pa. Cons.Stat. Ann § 955(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . -14-