# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA E. VARNER,
    Plaintiff,

vs.

COMMONWEALTH OF PENNSYLVANIA,
NINTH JUDICIAL DISTRICT,
CUMBERLAND COUNTY; CUMBERLAND
COUNTY; S. GARETH GRAHAM,
Individually, and JOSEPH
OSENKARSKI, individually,
    Defendants.

CIVIL ACTION
NO. 1:CV 01-0725

(JUDGE YVETTE KANE)

Deposition of: **DARBY CHRISTLIEB**

Taken by : Defendant

Date : April 28, 2003, 10:17 a.m.

Before : Emily Clark, RMR, Reporter-Notary

Place : Administrative Office of Pennsylvania Courts
5034 Ritter Road
Mechanicsburg, Pennsylvania

APPEARANCES:

    DEBRA K. WALLET, ESQUIRE
        For - Plaintiff

    ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
    BY: A. TAYLOR WILLIAMS, ESQUIRE
        For - Defendant Commonwealth of Pennsylvania
            Ninth Judicial District, Cumberland County

    THOMAS, THOMAS & HAFER
    BY: PAUL J. DELLASEGA, ESQUIRE
        For - Defendant Cumberland County

```
                          STIPULATION
 1
 2          It is hereby stipulated by and between the
 3   respective parties that sealing, certification and
 4   filing are waived; and that all objections except as to
 5   the form of the question are reserved until the time of
 6   trial.
 7
 8          DARBY CHRISTLIEB, called as a witness, being
 9   duly sworn, was examined and testified, as follows:
10   BY MR. DELLASEGA:
11   Q.   Have you testified before, Mr. Christlieb?
12   A.   Yes, I have.
13   Q.   Okay.  How are you currently employed?
14   A.   I'm employed by the Cumberland County Juvenile
15        Probation Department.
16   Q.   Okay.  When were you hired?
17   A.   I was hired by that department in July of 1989.
18   Q.   When did you first meet Mrs. Varner?
19   A.   It would have -- well, she was employed by Children and
20        Youth Services I believe between that time and 1995,
21        whenever she came to our office.  So occasionally I
22        would speak to her on the telephone, but the contact
23        that her and I had were very minimal between '89 and
24        '95.
25   Q.   Did you ever observe Mrs. Varner and Gary Graham
```

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Did you draw any conclusions from the use of that |
| 3 | | phrase? |
| 4 | A. | No. |
| 5 | Q. | How often did you hear it used? |
| 6 | A. | This was, of course, after Barb's employment in '95, so |
| 7 | | whenever there were interactions with Gary and Gary and |
| 8 | | Barb. It might have been once a week. |
| 9 | Q. | Did you ever hear it used before she was hired by |
| 10 | | Probation? |
| 11 | A. | No. |
| 12 | Q. | When Mrs. Varner came on board, did you then have an |
| 13 | | opportunity to observe her interact with Graham? |
| 14 | A. | Yes. |
| 15 | Q. | Did she appear to be friends, to you? |
| 16 | A. | Yes. |
| 17 | Q. | Do you recall the time when the Probation Department |
| 18 | | split into Adult and Juvenile Probation sections? |
| 19 | A. | I do. |
| 20 | Q. | And I want to ask you some questions about what you |
| 21 | | remember before that split occurred. |
| 22 | A. | Okay. |
| 23 | Q. | Before that split occurred, did you ever observe |
| 24 | | Mr. Graham yell at Mrs. Varner? |
| 25 | A. | No. |

```
1   Q.   Curse at Mrs. Varner?
2   A.   No.
3   Q.   Say anything sexually demeaning to Mrs. Varner?
4   A.   No.
5   Q.   Give Mrs. Varner arduous or burdensome assignments
6        compared with what other new officers got?
7   A.   No.
8   Q.   Did you, again, before the split, did you observe
9        Graham treat her with respect?
10  A.   Yes.
11  Q.   Treat her as a friend?
12  A.   Yes.
13  Q.   Treat her, in fact, perhaps better than he treated
14       other people?
15  A.   Yes.
16  Q.   Okay.  Treat her as one of his favorites?
17  A.   Yes.
18  Q.   Okay.  When you said that you observed him treat her
19       better than other people, can you explain to me what
20       you meant by answering yes?
21  A.   There was some favoritism, I thought, where he and Barb
22       were seen a lot together.  And if there would be any
23       travel time when we would place children outside the
24       county, they seemed to be traveling a lot.
25  Q.   Anything else?
```

```
 1   A.   No.
 2   Q.   Did you yourself work with Mrs. Varner prior to the
 3        split?  Did you ever share cases, any supervisory role?
 4   A.   Prior to -- I believe the split occurred in October or
 5        September of '96.  I handled primarily adult offenders,
 6        so I was handling basically about 80 percent adult, 20
 7        percent juvenile.  So there would be some occasions
 8        that I would have minimal contact before the split.
 9   Q.   Prior to the split, did you ever observe or hear
10        Mrs. Varner complain about Gary Graham?
11   A.   No.
12   Q.   Did you ever observe or hear Mrs. Varner complain about
13        having to take so many trips with Mr. Graham?
14   A.   No.
15   Q.   Prior to the split, did Mrs. Varner appear to accept
16        Graham as a mentor?
17   A.   Yes.
18   Q.   Prior to the split, did Mrs. Varner appear to enjoy
19        Mr. Graham's company?
20   A.   Yes.
21   Q.   Did you ever see Mr. Graham's attitude to Mrs. Varner
22        change?
23   A.   Yes.
24   Q.   Can you tell me whether that was an abrupt or gradual
25        change, as you recall it?
```

1   A.   It seemed to me it was very abrupt.
2   Q.   Are you able to put any kind of time frame on when that
3        abrupt change occurred in relationship to the split in
4        from Probation to Adult and then Juvenile sections?
5   A.   It would have occurred after the split, at least when I
6        took primarily juvenile in October of '96. So I'm
7        thinking sometime in 1997.
8   Q.   What did you notice that made you conclude there had
9        been some kind of a change?
10  A.   There was one occasion in particular that occurred,
11       like I said, I think in 1997, where I was in the main
12       office, which is right outside of Barb Varner's office,
13       and there was an incident where Gary Graham had come to
14       her office, and there was some type of disagreement and
15       Gary became loud with her. And that was the first time
16       that I had seen that there was some differences between
17       the two.
18  Q.   On the occasion when Mr. Graham became loud with
19       Varner, did she also become loud with him, do you
20       recall?
21  A.   Not that I can recall, no.
22  Q.   Were you able to actually hear what Mr. Graham was
23       saying?
24  A.   At the time, probably.
25  Q.   Do you recall it now?

1  A.  I can't recall now what it was over.
2  Q.  Following the split, did you ever hear Mrs. Varner
3      complain about Graham?
4  A.  No.
5  Q.  Did you ever hear Mrs. Varner complain about having to
6      take trips with Graham?
7  A.  No.
8  Q.  Did Mr. Graham appear to continue to act as
9      Mrs. Varner's mentor?
10 A.  From that period of October of '96 till that date in
11     '97, yes.
12 Q.  After the split, did Mrs. Varner appear to enjoy
13     Mr. Graham's company as you had said she did before the
14     split?
15 A.  Yes.
16 Q.  You've mentioned that Graham's attitude towards Varner
17     seemed to change.  Did you ever notice Mrs. Varner's
18     attitude to Mr. Graham change as well?
19 A.  Yes.
20 Q.  Okay.  Would you describe that again as abrupt or
21     gradual?
22 A.  That seemed to be abrupt, also.
23 Q.  And was it at the same time as Mr. Graham's attitude
24     change?
25 A.  Yes.  Yes.

| | | |
|---|---|---|
| 1 | Q. | The phrase jeehoobees, referring to a woman's breasts? |
| 2 | A. | No. |
| 3 | Q. | Have you ever seen or heard talked about the concept of female interns in your office being forced to dance on tabletops? |
| 6 | A. | No. |
| 7 | Q. | Have you ever heard Mr. Graham say to Mrs. Varner that she has no fucking sense, no fucking training or no fucking ability? |
| 10 | A. | No. |
| 11 | Q. | Other than Mrs. Varner, have you ever heard Mr. Graham yell at anybody else? |
| 13 | A. | Yes. |
| 14 | Q. | Have you heard him yell at everyone there? |
| 15 | A. | Yes.  I can't say everyone, but. |
| 16 | Q. | Most people there? |
| 17 | A. | Yes. |
| 18 | Q. | Within the cohort of people who he's yelled at, does there appear to be any distinction between yelling at men more frequently than women, women more frequently than men? |
| 22 | A. | No. |
| 23 | Q. | He's an equal opportunity yeller? |
| 24 | A. | Yes. |
| 25 | Q. | Within the Probation office among both Probation |

```
 1            officers and clients, is the use of foul language
 2            common?
 3    A.      It occurs, yes.
 4    Q.      And when it occurs, is there a differentiation between
 5            it coming from both female as well as male probation
 6            officers?
 7    A.      Do you mean with our interaction with clients, or our
 8            interactions amongst ourselves?
 9    Q.      Let's take it first amongst yourselves.
10    A.      It probably comes from males more than females.
11    Q.      But there is some from females?
12    A.      There could be.
13    Q.      How about in interactions with clients?
14    A.      Very seldom, I would think.
15    Q.      Can you discuss for me whether the Probation office is
16            in any way different from a business office where you
17            deal with profit-making matters as opposed to criminal
18            matters?
19    A.      Well, I've been in probation since I graduated from
20            college, so it's kind of difficult for me to compare
21            those two.  I would say there's probably very little
22            difference.
23    Q.      Very little?
24    A.      Yes.
25    Q.      Do you feel you've ever been harassed by your
```

```
 1              superiors?
 2    A.        Yes.
 3    Q.        And harassed in what sense?
 4    A.        Well, there were numerous times -- and I said Gary
 5              didn't discriminate with hollering.  There were a few
 6              times that Gary and I would go toe-to-toe at each
 7              other.  I always said that Gary would charge, try and
 8              convict you within a matter of a few minutes over
 9              something, and so there were several incidents,
10              probably a handful, a dozen, maybe.
11    Q.        From your own observation, can you describe for me
12              whether there's any difference in the way of
13              Mr. Graham's conduct towards you that you thought was
14              harassing, and his conduct towards Mrs. Varner after
15              their relationship changed and she was no longer one of
16              his favorites?
17    A.        He appeared in that incident that occurred -- I only
18              witnessed that one incident in late '97 or '98.  It
19              seemed to be much more vicious than any kind of
20              conflict that I had with him.
21    Q.        Other than that one incident, did you ever witness any
22              other incident where he yelled at her or otherwise
23              behaved inappropriately?
24    A.        No.
25    Q.        Mr. Graham a difficult person to get along with, in
```

1    your opinion?
2  A.  At times.
3  Q.  Does Mr. Graham appear to have favorites?
4  A.  Yes, there were favorites.
5  Q.  Does he appear to have people he doesn't like?
6  A.  Yes.
7  Q.  With regard to those people he doesn't like, is he uniformly rude to all of them?
9  A.  I would say so, yes.
10 Q.  Yells at all of them?
11 A.  Yes.
12 Q.  Acts in a belligerent manner towards all of them?
13 A.  Yes.
14 Q.  And those, that cohort of people he doesn't like, includes both men and women?
16 A.  Yes.
17 Q.  Have you ever observed anything within your office that you felt would raise a concern about Mrs. Varner's personal safety?
20 A.  No.
21      MR. DELLASEGA: That's all I have.
22 BY MR. ADAMS:
23 Q.  Mr. Christlieb, am I pronouncing it right?
24 A.  Yes.
25 Q.  Thank you. My name is Paul Lancaster Adams. I

```
 1    A.    It would have been probably sometime in 1997 or early
 2          1998.
 3    Q.    Can you put it in relation to this one incident you
 4          observed where Gary Graham and Barbara Varner were
 5          speaking in her office?  Was that the triggering event
 6          that you noticed changed their relationship?
 7    A.    Yes.
 8    Q.    I think you said it appeared to be work related?
 9    A.    Yes.
10    Q.    And I think you had said that Gary and you on
11          occasioned had harsh words as well?
12    A.    Yes.
13    Q.    And was that work related?
14    A.    Yes.  That was always work related.
15    Q.    When the office split -- you were asked questions about
16          pre split and post split.  Would you agree with me that
17          as a result of the split the workload was greater on
18          some of the people in the office?
19    A.    Yes.
20    Q.    Would you agree that people weren't happy about getting
21          a greater workload?
22    A.    Yes.
23    Q.    Would you agree that it put more pressure on not only
24          the probation officers but also the supervisors?
25    A.    I would imagine, yes.
```

| | | |
|---|---|---|
| 1 | Q. | And you indicated to the EEOC person, did you not, that |
| 2 | | you told the investigator that was Mr. Deluce the same |
| 3 | | thing? |
| 4 | A. | Yes, I could have said that. |
| 5 | Q. | Now, why would you describe him that way, sir? |
| 6 | A. | Gary was very volatile. And as I said earlier, |
| 7 | | whenever he thought that you didn't do something his |
| 8 | | way, you could be charged, tried and convicted within a |
| 9 | | matter of minutes. |
| 10 | Q. | Did he ever use the term punish, to you? |
| 11 | A. | There might have been instances where he used that. |
| 12 | Q. | And how did you take that, the use of that term? |
| 13 | A. | As getting even. |
| 14 | Q. | Did you believe that he had a reputation for getting |
| 15 | | even with individuals who opposed him? |
| 16 | A. | Yes. |
| 17 | Q. | Did you observe that, sir? |
| 18 | A. | As far as the punishment statement, I can't say that |
| 19 | | there were particular employees that he would say that |
| 20 | | to. You know, I can remember in cases where he would |
| 21 | | say to an individual parolee, you know, that parolee's |
| 22 | | going to be punished, I'm going to punish him. |
| 23 | Q. | Do you recall any instances where Mr. Graham said or |
| 24 | | did anything that suggested he might punish another of |
| 25 | | the probation officers? |

1   A.   No.

2   Q.   Did you believe Mr. Graham acted in a way designed to

3        punish Ms. Varner for any action on her part?

4            MR. MacMAIN:  Objection to form.

5   BY MS. WALLET:

6   Q.   You may answer.

7   A.   No.

8   Q.   You said that you believed that the treatment of

9        Ms. Varner was more harsh than the treatment of some of

10       the other probation officers.  Did I get that correct?

11  A.   Yes.

12  Q.   Why did you say that?

13  A.   Well, any differences that I would have with Gary would

14       usually occur behind closed doors, where he would come

15       to me more on a one-on-one basis.  In this particular

16       instance he came to Barb, and her office is near the

17       main office, and the door was open and there were

18       numerous people in the main office, and it was loud.

19  Q.   Do you believe that it was designed to humiliate her?

20  A.   Oh, I have no idea.

21  Q.   Why would you tell the investigator from the county

22       that you thought Mr. Graham was unprofessional?

23  A.   Just in the way that he handled himself.  For example,

24       the incident with Barb in the office, and incidents

25       with me, whenever he would accuse you of things that

1    A.    The criteria is if you're past your day at 4:30 in the
2          afternoon and you have your 40 hours in at the end of
3          the week, it's time and a half.
4    Q.    So someone who went on a lot of commitment trips with
5          Mr. Graham would make more money than if they had not
6          gone on them?
7    A.    Yes.
8                MR. DELLASEGA:  That's all.
9                MS. WALLET:  Could we just take a five-minute
10         break?
11               (Recess taken from 11:44 until 11:55 a.m.)
12   BY MR. DELLASEGA:
13   Q.    Mr. Christlieb, I just had a few follow-up questions
14         to follow up.  Hopefully this will be the last round
15         for everybody and we'll get you out of here.
16               You were asked some questions about you thought
17         Gary was more harsh towards Barbara Varner, and that is
18         Barb Varner's, the door was open, whereas on other
19         occasions when he yelled at you the door was closed?
20   A.    Correct.
21   Q.    Is that correct?  There's only one time you ever heard
22         Mr. Osenkarski yell at Barbara Varner?
23   A.    Yes.
24   Q.    And he yelled at you 12 times?
25   A.    Somewhere around there, yes.