# Exhibit G

April 29, 1997

## TOTAL CASES ASSIGNED FROM 01/01/97

| P.O. | TOTAL |
|---|---|
| BARRELET, Nicolas E. | 22 |
| BOYER, Thomas A. | 21 |
| BRANDT, William A. | 18 |
| CHRISTLIEB, Darby L. | 23 |
| DRACHBAR, Dennis M. | 21 |
| GREEN, Debra K. | 22 |
| MILLER, Jr., Samuel E. | 18 |
| ROSE, Michael C. | 26 |
| THIELEMANN, Henry J. | 28 |
| VARNER, Barbara E. | 27 |

## SUPERVISION

| P.O. | INFORMAL | FORMAL | TOTAL | PENDING |
|---|---|---|---|---|
| BARRELET, Nicolas E. | 13 | 14 | 27 | 6 |
| BOYER, Thomas A. | 0 | 10 | 10 | 4 |
| BRANDT, William A. | 4 | 25 | 29 | 6 |
| CHRISTLIEB, Darby L. | 11 | 7 | 18 | 13 |
| DRACHBAR, Dennis M. | 4 | 31 | 35 | 8 |
| GREEN, Debra K. | 10 | 13 | 23 | 8 |
| MILLER, Jr., Samuel E. | 2 | 19 | 21 | 3 |
| ROSE, Michael C. | 5 | 13 | 18 | 14 |
| THIELEMANN, Henry J. | 15 | 10 | 25 | 15 |
| VARNER, Barbara E. | 13 | 18 | 31 | 14 |

| 1995 | JANUARY | YTD | FEBRUARY | YTD | MAR | YTD | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|---|---|---|
| BARRELET | ℍℍ | (5) | ‖ | 7 | ℍℍ ‖‖‖ | 9 | | | |
| BOYER | ‖‖‖ | (4) | | 3 | ℍℍ ‖‖‖ | 8 | ℍℍ ‖ | | |
| BRANDT | ℍℍ ‖‖‖ | (9) | ‖ | (5) | ‖‖‖ | 10 | ℍℍ ‖‖ | | |
| CHRISTLIEB | ℍℍ | (5) | ‖ | (8) | ℍℍ ‖ | 6 | ℍℍ ‖ | | |
| DRACHBAR | ℍℍ ‖ | (6) | ‖‖‖ | (10) | ℍℍ ‖ | 10 | ℍℍ ‖‖‖‖ | | |
| GRAHAM | ‖‖ | (3) | ℍℍ ‖ | (4) | ‖‖‖ | 9 | | | |
| GREEN | ℍℍ ‖ | (7) | ‖ | (9) | ‖‖‖‖ | 9 | ℍℍ ‖‖‖ | | |
| MILLER | ℍℍ ‖ | (7) | | (7) | ℍℍ ‖‖‖ | 10 | | | |
| ROSE | ‖‖‖ | (4) | ‖ | (2) | ℍℍ ‖‖‖ | 8 | ℍℍ ‖‖‖‖ | | |
| THIELEMANN | ℍℍ ‖ | (7) | ‖ | (8) | ℍℍ ‖‖‖ | 10 | ℍℍ ‖‖‖ | | |
| VARNER | ℍℍ ‖ | (7) | ‖‖‖ | (3) | ℍℍ ‖ | 11 | ℍℍ ‖‖‖ | | |

| 1997 | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|
| BARRELET | | | | | | |
| BOYER | | | | | | |
| BRANDT | | | | | | |
| CHRISTLIEB | | | | | | |
| DRACHBAR | | | | | | |
| GRAHAM | | | | | | |
| GREEN | | | | | | |
| MILLER | | | | | | |
| ROSE | | | | | | |
| THIELEMANN | | | | | | |
| VARNER | | | | | | |