# Exhibit O

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA E. VARNER,
    Plaintiff,

vs.

COMMONWEALTH OF PENNSYLVANIA,
NINTH JUDICIAL DISTRICT,
CUMBERLAND COUNTY; CUMBERLAND
COUNTY; S. GARETH GRAHAM,
Individually, and JOSEPH
OSENKARSKI, individually,
    Defendants.

CIVIL ACTION
NO. 1:CV 01-0725

(JUDGE YVETTE KANE)

Deposition of:   HON. GEORGE E. HOFFER

Taken by         :   Defendant Cumberland County Court

Date             :   April 4, 2003, 1:46 p.m.

Before           :   Emily Clark, RMR, Reporter-Notary

Place            :   Cumberland County Courthouse
                    One Courthouse Square
                    Carlisle, Pennsylvania

APPEARANCES:

    DEBRA K. WALLET, ESQUIRE
        For - Plaintiff

    ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
    BY: A. TAYLOR WILLIAMS, ESQUIRE
        For - Defendant Commonwealth of Pennsylvania
            Ninth Judicial District, Cumberland County

    THOMAS, THOMAS & HAFER
    BY: JAMES K. THOMAS, II, ESQUIRE
        PAUL J. DELLASEGA, ESQUIRE
        For - Defendant Cumberland County

COPY

```
 1   Q    Would you have treated Mr. Graham differently if you
 2        felt there had not been adultery and he had simply been
 3        a pure sexual harasser?
 4             MS. WALLET:  Objection to the form of the question.
 5        I don't think that this witness ever admitted that he
 6        considered this to have been an adulterous relationship.
 7             THE WITNESS:  It is incorrect for a supervisor to
 8        have any kind of affair with a person that he or she is
 9        supervising.  Absolutely wrong, consensual or otherwise.
10        So what's your question?
11   BY MR. DELLASEGA:
12   Q    The reason that you just articulated the me, that it
13        is incorrect for a supervisor to engage in adultery with
14        an employee --
15   A.   Or any kind of relationship, sexual.
16   Q    Is that the reason why you demoted Mr. Graham in
17        addition to his management deficiencies?
18   A.   That was part of it.
19   Q    What was the --
20   A.   The relationship, yes.
21   Q    What was the other part of it, judge?
22   A.   I had lost my confidence in his ability to be a
23        supervisor.
24   Q    And when you say that, Judge, are you referring to his
25        management skills?
```