# Exhibit P

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA E. VARNER,                 :
     Plaintiff,                    :   CIVIL ACTION
                                   :   NO. 1:CV 01-0725
     vs.                           :
                                   :
COMMONWEALTH OF PENNSYLVANIA,      :   (JUDGE YVETTE KANE)
NINTH JUDICIAL DISTRICT,           :
CUMBERLAND COUNTY; CUMBERLAND      :
COUNTY; S. GARETH GRAHAM,          :
Individually, and JOSEPH           :
OSENKARSKI, individually,          :
     Defendants.                   :
```

Deposition of:  **DENNIS DRACHBAR**

Taken by     :  Defendant

Date         :  April 28, 2003, 2:58 p.m.

Before       :  Emily Clark, RMR, Reporter-Notary

Place        :  Administrative Office of Pennsylvania
                Courts
                5034 Ritter Road
                Mechanicsburg, Pennsylvania


APPEARANCES:

    DEBRA K. WALLET, ESQUIRE
        For - Plaintiff

    ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
    BY:  A. TAYLOR WILLIAMS, ESQUIRE
        For - Defendant Commonwealth of Pennsylvania
              Ninth Judicial District, Cumberland County

    THOMAS, THOMAS & HAFER
    BY:  PAUL J. DELLASEGA, ESQUIRE
        For - Defendant Cumberland County

───── FILIUS & McLUCAS REPORTING SERVICE, INC. ─────
Harrisburg 717-236-0623   York 717-845-6418   PA 1-800-233-9327

STIPULATION

It is hereby stipulated by and between the respective parties that sealing, certification and filing are waived; and that all objections except as to the form of the question are reserved until the time of trial.

**DENNIS DRACHBAR**, called as a witness, being duly sworn, was examined and testified, as follows:

BY MR. DELLASEGA:

Q. Mr. Drachbar, my name is Paul Dellasega. I'm the attorney for the county in the lawsuit brought by Barbara Varner.

Have you ever testified previously, sir?

A. No.

Q. Even in court proceedings?

A. Oh. Yeah, in job related.

Q. Right. Have you ever been deposed?

A. No.

Q. For some reason if I ask a question you don't understand, will you please tell me you don't understand it? Then I will repeat it to your satisfaction.

A. Okay.

Q. How long have you been employed in Probation?

1  A.   With Cumberland County?  Or probation?

2  Q.   Cumberland County.

3  A.   Since '84.

4  Q.   What's your current job title?

5  A.   Probation officer II.

6  Q.   How long have you been a PO-II?

7  A.   I don't know what the date is.

8  Q.   Were you a PO-II before Juvenile and Adult split?

9  A.   No.

10 Q.   Do you believe Barbara Varner and Gary Graham had an

11      affair?

12 A.   I don't know of any affair.

13          MR. MacMAIN:  I'm sorry, could you speak up?

14          THE WITNESS:  I said I don't know of anything.

15 BY MR. DELLASEGA:

16 Q.   When did you first meet Mrs. Varner?

17 A.   Oh, whenever she was employed I guess by Cumberland

18      County.

19 Q.   Do you recall her being employed by Children and Youth

20      before coming to Probation?

21 A.   I think I knew she was down there.

22 Q.   Did you know her while she was at CYS?

23 A.   No.  No.

24 Q.   Did you ever hear Mr. Graham speak of Mrs. Varner while

25      she was at CYS?

```
 1        have you ever observed Mr. Graham to sexually harass
 2        anyone?
 3   A.   I can't even refer back to the training.  You know, I
 4        have no idea what the -- without having something in
 5        front of me spelling out, you know, whatever the sexual
 6        harassment policy would be, I mean, as a general
 7        answer, no, I haven't seen any.
 8   Q.   Okay.  Well, let me ask you this.  After receiving
 9        training do you have any understanding of what sexual
10        harassment is as a consequence of that training?
11   A.   Yeah, I would hope so.
12   Q.   Okay.  And what is your understanding?
13   A.   You can't make inappropriate comments or so forth
14        towards anyone.
15   Q.   Using that understanding, have you ever seen Mr. Graham
16        sexually harass any individual?
17   A.   No.
18   Q.   Specifically, Mrs. Varner?
19   A.   No.
20   Q.   Have you ever observed Graham to yell at Mrs. Varner?
21   A.   No.
22   Q.   To curse at Mrs. Varner?
23   A.   No.
24   Q.   To say anything sexually demeaning to Mrs. Varner?
25   A.   No.
```

```
 1   Q.   To give Mrs. Varner arduous or burdensome assignments?
 2   A.   No. Well, again, I'm not -- as far as giving
 3        assignments and so forth, I have no knowledge of that.
 4        You know, I'm not aware of anything.
 5   Q.   Did you observe Graham to treat Mrs. Varner with
 6        respect?
 7   A.   Yes.
 8   Q.   Did he treat her as a friend?
 9   A.   I think he treated her as an employee, as far as I
10        could tell.
11   Q.   The same way he treated every other employee?
12   A.   Yeah.
13   Q.   Before Mrs. Varner lodged a complaint regarding
14        Mr. Graham's conduct, did you have any idea there was
15        any problem in that relationship?
16   A.   None.
17   Q.   Had you ever heard Mrs. Varner make a complaint about
18        Graham before --
19   A.   No.
20   Q.   -- she formally filed?
21   A.   No.
22   Q.   Had you ever heard her complain about trips she had,
23        commitment trips she took with Graham?
24   A.   No.
25   Q.   Did Mr. Graham appear to be her mentor?
```