IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER, : | |
|     Plaintiff : | |
| : | |
|     v. : | CIVIL ACTION |
| : | NO: 1:CV 01-0725 |
| COMMONWEALTH OF : | |
| PENNSYLVANIA, NINTH JUDICIAL : | |
| DISTRICT, CUMBERLAND : | JURY TRIAL DEMANDED |
| COUNTY; CUMBERLAND : | |
| COUNTY; S. GARETH GRAHAM, : | Judge Yvette Kane |
| individually; and JOSEPH : | Electronically Filed |
| OSENKARSKI, individually, : | |
|     Defendants : | |

_____

**VARNER'S EXHIBITS IN OPPOSITION TO
CUMBERLAND COUNTY'S
MOTION FOR SUMMARY JUDGMENT**

_____

                                            Debra K. Wallet, Esq.
                                            24 N. 32nd Street
                                            Camp Hill, PA 17011
                                            (717) 737-1300 (phone)
                                            (717) 761-5319 (fax)
                                            walletdeb@aol.com (email)
                                            I.D. #PA23989
                                            Attorney for Barbara E. Varner

V-A   DeLuce Depos. Exh. 2 – April 30 1997 Memorandum

V-B   Guido Depos. Exh. 2 – CASA Grant Application

V-C   Hartnett Depos. Exh. 1 – Varner 4/25/97 Memo to Hartnett

V-D   Hartnett Depos. Exh. 6 – Osenkarski 4/30/97 Memo to Hartnett

V-E   Osenkarski Depos. Exh. 10 – Hartnett 4/6/98 Memo to Judge Hoffer

V-F   Osenkarski Depos. Exh. 12 – Memos Regarding Seniority Policy

V-G   Osenkarski Depos. Exh. 13 – Seniority Lists

V-H   Sheely Depos. Exh. 1 – Judge Sheely 7/11/97 Memo to Ward and DeLuce

V-J   Personnel Action Form Dated May 27, 1998

V-K   12/31/98 Letter from Atty. Wallet to EEOC with Attachments

V-L   Notice of Charge of Discrimination

V-M   Hartnett Depos. Exh. 11 – Varner 3/31/98 Memo to Osenkarski

V-N   Hartnett Depos. Exh. 13 – Hartnett 4/6/98 Memo to Judge Hoffer