# V-D

HARTNETT
DEPOSITION
EXHIBIT
#6
11-3-03

April 30, 1997

Dan:

Attached are case assignment & supervision statistics from Jan 1, 1997, as requested yesterday. When assignments are made it is not simply a _numbers_ game. Other factors such as complexity of cases and current individual P.O.'s daily activities (ie cases that have critical need for timely processing) are taken into consideration. If you want further explanation please call & I will be available for further comment.

Joe O.

April 29, 1997

## TOTAL CASES ASSIGNED FROM 01/01/97

| P.O. | TOTAL |
|---|---|
| BARRELET, Nicolas E. | 22 |
| BOYER, Thomas A. | 21 |
| BRANDT, William A. | 18 |
| CHRISTLIEB, Darby L. | 23 |
| DRACHBAR, Dennis M. | 21 |
| GREEN, Debra K. | 22 |
| MILLER, Jr., Samuel E. | 18 |
| ROSE, Michael C. | 26 |
| THIELEMANN, Henry J. | 28 |
| VARNER, Barbara E. | 27 |

## SUPERVISION

| P.O. | INFORMAL | FORMAL | TOTAL | PENDING |
|---|---|---|---|---|
| BARRELET, Nicolas E. | 13 | 14 | 27 | 6 |
| BOYER, Thomas A. | 0 | 10 | 10 | 4 |
| BRANDT, William A. | 4 | 25 | 29 | 6 |
| CHRISTLIEB, Darby L. | 11 | 7 | 18 | 13 |
| DRACHBAR, Dennis M. | 4 | 31 | 35 | 8 |
| GREEN, Debra K. | 10 | 13 | 23 | 8 |
| MILLER, Jr., Samuel E. | 2 | 19 | 21 | 3 |
| ROSE, Michael C. | 5 | 13 | 18 | 14 |
| THIELEMANN, Henry J. | 15 | 10 | 25 | 15 |
| VARNER, Barbara E. | 13 | 18 | 31 | 14 |

1997

| | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| | | ytd | | ytd | | |
| BARRELET | 𝍤 | (5) 11 | (2) 𝍤 1111 | 7 | | |
| BOYER | 1111 | (4) | (1) 𝍤 1111 | 13 𝍤 | | |
| BRANDT | 𝍤 1111 | (9) | (4) 1111 | 13 𝍤 111 | | |
| CHRISTLIEB | 𝍤 | (5) 1 | (4) 111 | 13 𝍤 | | |
| CRACHBAR | 𝍤 1 | (6) | (4) 11 | 12 𝍤 11 | | |
| GRAHAM | 11 | (2) 𝍤 1 | (6) 11 | 9 𝍤 1111 | | |
| GREEN | 𝍤 111 | (7) 11 | (2) 𝍤 111 | 14 𝍤 111 | | |
| MILLER | 𝍤 11 | (7) | (4) 11 | 11 𝍤 11 | | |
| ROSE | 1111 | (4) 11 | (8) 11 | 16 𝍤 1111 | | |
| HIELEMANN | 1111 | (7) 1 | (3) 𝍤 111 | 16 𝍤 1111 | | |
| VARNER | 𝍤 11 | (7) 111 | | | | |

| | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|
| BARRELET | | | | | | |
| BOYER | | | | | | |
| BRANDT | | | | | | |
| CHRISTLIEB | | | | | | |
| CRACHBAR | | | | | | |
| GRAHAM | | | | | | |
| GREEN | | | | | | |
| MILLER | | | | | | |
| ROSE | | | | | | |
| T. HIELEMANN | | | | | | |
| VARNER | | | | | | |