# V-E



# Memorandum

Date:   April 6, 1998

To:     The Honorable Judge Hoffer

From:   Dan Hartnett, Personnel Director

Re:     3/31/98 memo from Barb Varner

As a result of the 3-31-98 memo mentioned, it was decided by Dave Deluce, John Ward, and myself that the proposed actions slated for the Salary Board meeting of today be held in abeyance until a more in-depth meeting could be held regarding these actions. The actions referred to are the upgrading of Bill Brandt to the Senior P.O. as well as the hiring of Timothy DeAngelo as a P.O.

In the report you had received from Dave Deluce, you'll note that Barb Varner had cited the fact that she dropped one slot lower on a seniority list that was created <u>after</u> the split occurred between adult and juvenile probation. Until this point, Ms. Varner has not been "hurt" in any financial way throughout this whole process. Needless to say, we do not want to add to her case in any manner. It is felt, of course, that these actions may very well give more credence to her allegations.

We hope to set up a meeting to discuss this matter at your earliest convenience with you, John Ward, Dave Deluce, Joe Osenkarski, and myself. Hopefully this meets with your approval.

cc:  John Ward
     Dave Deluce
     Joe Osenkarski



210302