# V-K

*Law Offices of*
**DEBRA K. WALLET**
24 N. 32nd STREET
CAMP HILL, PA 17011
PHONE: (717) 737-1300
FAX: (717) 761-5319

December 31, 1998
(BY FAX)

Howard Gurmankin, Investigator
U.S. Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

       Re: Barbara E. Varner, Docket 170981689

Dear Mr. Gurmankin:

  As a follow-up to our conversation regarding your recommendation of dismissal of my client's charge against Cumberland County, I am sending you a number of documents provided by my client to substantiate that she is paid by the county, she has been issued a county i.d. badge, she receives a Cumberland County Employe Performance Review, and she has been given a County Personnel Policy Manual to follow.

  Consequently, I believe that there is a serious question about who is the employer here. Under the circumstances, the dismissal of the charge is inappropriate. If the employer needs to be clarified, that can certainly be done, if necessary, after investigation. My client has waited so very long on this matter that she should not have to start the process again.

  Please call me if you have questions or if I can assist in any way.

       Sincerely yours,

       *Debra K. Wallet*

       Debra K. Wallet

DKW/s
Encl. (4)
cc: Barbara E. Varner

910234

**No. 862746**

**COUNTY OF CUMBERLAND**
CARLISLE, PA.

DIRECT DEPOSIT ADVICE
NON-NEGOTIABLE

VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID
VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID
VOID*VOID*VOID*VOID*VOID*VOID*VOID*VOID*
VOID*VOID*VOID*VOID*VOID*VOID*VOID
VOID*VOID*VOID*VOID*VOID*VOID*VOID

| DATE | AMOUNT |
|---|---|
|  | ********.** |

| HOURS | RATE | EARNINGS | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
|  |  | DESC. | CURRENT | YEAR TO DATE | DESC. | CURRENT | YEAR TO DATE |

| HOURS | RATE | DESC | CURRENT | YEAR TO DATE | DESC | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| 75.00 | 18.31 | REGUL | 1373.25 | 53303.98 | RETNT | 68.66 | 1707.09 |
| 7.50 |  | PERS |  |  | DEFCO | 50.00 | 1300.00 |
| 2.00 |  | SICK1 |  |  | FIT | 135.46 | 3237.66 |
| 3.00 |  | COMPE |  |  | FITLG |  |  |
| 3.50 |  | COMPT |  |  | SWT | 38.45 | 955.92 |
|  |  |  |  |  | FICA | 85.14 | 2116.84 |
|  |  |  |  |  | FICAM | 19.91 | 495.05 |
|  |  |  |  |  | EI68 | 13.75 | 341.42 |
|  |  |  |  |  | OPT1 |  | 10.00 |

OTHER PAY (PRIOR PERIODS)    837.42
TOTAL    1373.25   34141.47    TOTAL   411.25   10163.98

| PERIOD ENDING | DATE | SOCIAL SECURITY NUMBER | CHECK NUMBER | NET PAY |
|---|---|---|---|---|
| 12/19/98 | 12/24/98 | 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 | 00000000 |  |

POSITION: JP2007    PROBATION JUVENILE
BARBARA E VARNER
SICK1 = 35.50   SICK = 848.37   VACAT = 222.00

---

**No. 862747**

**COUNTY OF CUMBERLAND**
CARLISLE, PA.

DIRECT DEPOSIT ADVICE
NON-NEGOTIABLE

ADVICE OF DEPOSIT - VOID*VOID
NOT NEGOTIABLE       VOID*VOID
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
BARBARA E VARNER
5 MAPLE DRIVE
ETTERS, PA 17319

| DATE | AMOUNT |
|---|---|
| 12/24/98 | *****920.76 |

MFFCU 115167000    920.76

| HOURS | RATE | EARNINGS | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
|  |  | DESC. | CURRENT | YEAR TO DATE | DESC. | CURRENT | YEAR TO DATE |
|  |  |  |  |  | RETTX | 41.28 | 555.42 |
|  |  |  |  |  | UE |  |  |
|  |  |  |  |  | UE |  |  |

TOTAL   1373.25          TOTAL   452.46   555.42

| PERIOD ENDING | DATE | SOCIAL SECURITY NUMBER | CHECK NUMBER | NET PAY |
|---|---|---|---|---|
| 12/19/98 | 12/24/98 | 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 | 00862747 | 920.76 |

POSITION: JP2007    PROBATION JUVENILE
BARBARA E VARNER
SICK1 = 37.50   SICK = 848.37   VACAT = 222.00

910235



| DATE | REFERENCE | DESCRIPTION | AMOUNT | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 12/14/98 | 0 | MILEAGE | 41.54 | | 41.54 |
| | | | 41.54 | .00 | 41.54 |

COUNTY OF CUMBERLAND
GENERAL ACCOUNT
CARLISLE, PENNSYLVANIA

No. 248472

910236





910237

# EMPLOYE PERFORMANCE REVIEW

## GENERAL INFORMATION

| TYPE REPORT | ☒ ANNUAL | ☐ PROBATIONARY | ☐ INTERIM |
|---|---|---|---|

| EMPLOYE NAME | FUNDING AGENCY | EMPLOYE SOCIAL SECURITY # |
|---|---|---|
| BARBARA VARNER | | |

| CLASS TITLE | ☐ SUPERVISOR ☐ NON-SUPERVISOR | STATUS ☐ CIVIL SERVICE ☐ NCS |
|---|---|---|
| PROBATION OFFICER I  16C   $28,801/14.77 | | |

| ORGANIZATION | RATING PERIOD FROM | TO |
|---|---|---|
| PROBATION | 12/04/95 | 12/04/96 |

## GENERAL INSTRUCTIONS

Verify/Complete General Information. Indicate whether employe is a supervisor or non-supervisor.

Review the employe's job description for the rating cycle. Review/discuss job standards (expectations/objectives/duties), to ensure appraisal relates to the specific responsibilities, job assignments and standards which have been conveyed to the employe for the rating cycle. Update the job description and essential job functions for the next rating cycle.

Indicate when you conveyed job standards to the employe and when progress review(s) was conducted.

Base the appraisal on the employe's performance during the entire review period, not isolated incidents or performance prior to current review period.

The comments sections should be used to: support performance ratings, indicate problem areas and provide guidance to employes on how to improve performance. Comments MUST be provided for outstanding, needs improvement and unsatisfactory ratings, but are highly recommended for all other ratings. (ATTACH ADDITIONAL 8 1/2 x 11 PAPER IF NEEDED.)

## PERFORMANCE RATING DEFINITIONS

**Outstanding:** Results are achieved on a consistent basis and significantly surpass job standards.

**Commendable:** The employe clearly exceeds job standards on a regular basis and demonstrates a high degree of initiative and quality of work.

**Satisfactory:** The employe meets the standards of the employe's job in a fully adequate manner.

**Needs Improvement:** The employe meets many of the standards of the employe's job in a satisfactory manner. Improvement is expected.

**Unsatisfactory:** Excessive performance deficiencies exist and must be corrected.

## COMMUNICATION RATING DEFINITIONS

1. Performance standards (objectives, duties, expectations, etc.) for this rating period were conveyed to employe on __18 Nov 95__ (date(s))

2. Progress Review(s) was conducted on __8 Nov 96__ date(s) (at least one during rating cycle)

910238

# CUMBERLAND COUNTY

## PERSONNEL POLICY MANUAL



910239

TOTAL P.07