IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER,<br>    Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO: 1:CV 01-0725 |
| COMMONWEALTH OF<br>PENNSYLVANIA, NINTH JUDICIAL<br>DISTRICT, CUMBERLAND<br>COUNTY; CUMBERLAND<br>COUNTY; S. GARETH GRAHAM,<br>individually; and JOSEPH<br>OSENKARSKI, individually,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED<br><br>Judge Yvette Kane<br>Electronically Filed |

_____

### VARNER'S EXHIBITS IN OPPOSITION TO
### JOSEPH OSENKARSKI'S
### MOTION FOR SUMMARY JUDGMENT

_____

Debra K. Wallet, Esq.
24 N. 32nd Street
Camp Hill, PA 17011
(717) 737-1300 (phone)
(717) 761-5319 (fax)
walletdeb@aol.com (email)
I.D. #PA23989
Attorney for Barbara E. Varner

V1   DeLuce Depos. Exh. 2 – April 30 1997 Memorandum

V2   Green Depos. Exh. 1 – Debra Green's Timeline

V3   Hartnett Depos. Exh. 1 – Varner 4/25/97 Memo to Hartnett

V4   Hartnett Depos. Exh. 5 – Johnson 6/26/97 Letter to Hartnett

V5   Hartnett Depos. Exh. 6 – Osenkarski 4/30/97 Memo to Hartnett

V6   Hartnett Depos. Exh. 8 – Hartnett 7/8/97 Memo to Judge Sheely

V7   Hartnett Depos. Exh. 13 – Hartnett 4/6/98 Memo to Judge Hoffer

V8   Hartnett Depos. Exh. 14 – Varner 6/1/98 Memo to Osenkarski

V9   Osenkarski Depos. Exh. 2 – Osenkarski 6/30/97 Memo to Judge Sheely

V10  Osenkarski Depos. Exh. 12 – Memos Regarding Seniority Policy

V11  Osenkarski Depos. Exh. 13 – Seniority Lists

V12  Osenkarski Depos. Exh. 16 – Various Memos from Varner

V13  Sheely Depos. Exh. 1 – Judge Sheely 7/11/97 Memo to Ward and DeLuce

V14  Personnel Action Form Dated May 27, 1998

V15  Hartnett Depos. Exh. 11 – Varner 3/31/98 Memo to Osenkarski