V2

## Debra's Timeline

### 1995 Appt. Book
    10-5    OC Training 7-11 @ Prison
- day SGG patted BEV on behind

### 1996 Appt. Book
    7-26    Ken's retirement party @ Wilma Clippinger's home
- JLO comments -- no one will go against him or they'll pay. I've done it before - I'll do it again.

    12-16    Linsenbach to Lourdesmont
- transport w/ BEV; left about 9 am cause a client showed up unexpectedly; this is the trip that 1) my pay got docked 1 hour and 2) told all commitment trips were to start @ 8 am.
- insisted I lied on my time sheet and maybe we went shopping or he didn't care what but we took to long to transport. Tried to explain there was an accident on I-81 on the way home & detoured. He didn't want to hear it. HT entered his office & heard most of this.

### 1997 Appt. Book
    1-23    Denied mileage or pay for training hours on weekends @ S.U. per SGG & JLO when in my office.

    2-4    SGG checking up on me & BEV @ Schaffner.

    2-28    comment from SGG re: JLO photocopying "man's parts" and faxing it to 2 females they met at training. Told to me & BEV while SGG was using the copy machine copying underground and "faggot" stuff from Linsenbach file. Sounded like it had been done in the recent past. Females who received it believed it was an actual photocopy instead of a dildo. (This underground envelope of material from the file was found missing shortly after SGG was removed from office, asked JLO & HT to ask SGG to return it but he denies having it; last I saw it was when SGG requested it to show to Geo. Jr. friend)

    3-8/13    Top guys attend Reno to use up training money so we do not lose it from JCJC. Heard it was between 5 & 6,000.

    3-20    JLO states in back hallway "I don't have to be here. I've been here for 35 fuckin' years. It's your turn." Said to various guys in Miller/Drachbar office I believe included SGG.

    4-21    SGG removed box of stuff from JLO's office; acted very secretive, etc.

    4-25    TB told me not to do time sheets according to Personnel requests & JLO memo, but add additional hours onto the current Sunday.

    5-5    Atty. David Foster in office with SGG; no reason to believe it was probation business.

    6-12    SGG & DD went to Lourdesmont. Left at 1 pm.

2)

6-17   SGG in office with Atty. D. Foster 9am-10am.

6-23   No JLO, SGG or TB in office today. SGG on vacation.

6-30   Spoke with Jane Augustine @ Lourdesmont. Under impression from SGG I was no longer on Linsenbach case.

7-9    SGG to be fired according to Bill Brandt and Fran Rose.

7-10   SGG received 3 days suspension.

7-14   Warned by BB to watch my back. "It's going to get ugly."

7-14   JLO made comment re: women on his vacation looking like whores. Caught himself and faded the word whore. Was standing at Andrea's (secretary) desk and speaking toward Fran & Kathy.

8-1    JLO makes comment that "that's in the old days when you could joke" on the job. Said to Fran & Kathy who agreed.

8-27   SGG meanly looking in @ me as I am on the adult side and talking to Roxanne. my back was turned. Wilma C.& Roxanne B. (not me) saw him do this & do a triple take as he went down the hall.

8-27   Spoke with Dan Hartnett in personnel.

9-16   TB in my office.
       - Said Al Whitcomb is a liar.
       - says he told SGG & JLO to keep 2 separate time sheet logs; one with 7.5 office and the other with their real activities.

9-23   Problem with Klapatch case, discussing with BEV and SGG follows us to the basement for sodas. Nicole Horick saw him follow & then turn around & go back up the steps.

11-26  SGG gave my home phone number to the Linsenbach parents.

12-8   SGG admits to giving out my phone number to the Linsenbach's

<u>1998 Appt. Book</u>
2-10   SGG changes his mind & "scolds" me in front of Kathy's desk for doing an expensive drug test. I played dumb. He now says baseline testing is OK. Before he said for NBarrelet & me to stop this.

3-10   SGG reported to adult probation @ 8:30 am.

3-11   SGG in juvenile probation office 2 times.

3-19   Spoke to Joe re: missing packet of Krista's - underground/gay/sexual stuff

4-23   Denied my office choice because TB insists MR & TD get NB's office choice. so much for seniority.

| | | |
|---|---|---|
| 4-28 | | TB commented/threatened me with 3 days on the street because I answered him with I only had a minute to see him since I had an appointment. Said he told NB the same thing cause he did not have time to talk to him either. |
| 5-7 | | found SGG resume created 5-5-98 @ 1:30-2:30 under Fran's directory. |
| 5-7 | | NB told by TB to count overtime night calls @ 2 hours for every 1 hour. Overheard part of this conversation in my office when I walked in. NB said to me later it was to use up overtime budget. |
| 7-29 | | JLO invited SM & DD to lunch with the BARJ lady (Susan Blackburn) & not me knowing I am to be part BARJ with next grant money & my promised promotion. |
| 9-14 | | BB & DC transported @ 4:30 on to a placement from Schaffner. Hung around the office killing time until 4:30. |
| 12-24 | | ED, TH, CH played computer golf on their laptops all day.<br>- Alcohol on lunch hour |

Miscellaneous Notes

9-3-97    conversation with BB says JLO bought himself a .45 gun with county funds & keeps gun at his home.

1997 Home Calendar (Avon)

| | | |
|---|---|---|
| 4-4 | Friday | BEV & John Ward |
| 4-7 | Monday | BEV & Lawyer |
| 4-8 | Tuesday | BEV & Dan Hartnett |
| 4-9 | Wednesday | Lunch with Ken Bolze |

<u>1999 Appt. Book</u>
2-24   1:00 Controller's Office

3-10   HJT 'doesn't do urine tests'

5-11   checked air quality in offices this date

10-4   Met with TAB re: on call duty. I worked ½ hour and TAB says to claim 2 hours of work. Says he gave DD 2 hours for me calling him.

10-15  KAZ made smart attitude comment to SEM about not having air purifier in the rest of the courthouse for BEV. SEM asked question of making a difference in the air.

<u>2000 Appt. Book</u>
1-20   Heard pieces of JLO telling story of Family Ford and Hitler having right idea. Beverly (lady friend) was present.

1-27   JLO started comment with "I maybe shouldn't say this for sexual harassment…" Then comments that peppers (from his garden/ canned) left residue on his hand that burnt his g-friend (Cindy ?) when in bed. Not burning her breasts but a more tender spot.

2-1    KAZ & FR comment about ordering 7 of something for the supply closet; KAZ claims to using 1 and blames 6 missing others on the other person who has a closet key – JLO- for taking 6.

3-2    Given evaluation by Hank dated 1-20-00. JLO never signed it until after I did and then back dated it.

3-28   3:30 pm   JLO in back hallway. "Gary threatening to get even with everybody" Wanted screen door ? and mower back from JLO that he lent to Joe 14 years ago. Speaking to Tim & Denny & ?

4-4    SGG phone message on JLO's phone. Said he needed mower back from JLO so he guessed it would be all right to come over and 'take one of his' – (sarcastic). JLO played msg. for Hank, Denny, Sam, & Darby ? with office door open.

4-6    JLO at counter of office talking to HT that SGG's mother sold some stock shortly before she died. SGG is suing sister (Larura?) for mismanagement of the mother's money.

5-4    Per JLO.   SGG phoned JLO in morning. Threatened Darby for going upstairs…beat the shit out of him…sandwich etc. thrown at SGG's door at prison…ruined his career…Darby is coward & teaming up with them…Boyer pretended to not know him (SGG) & something about him lying. Joe claims he hung up on him (SGG).



8-16  Per WAB. Crossed paths with SGG in stairwell. SGG slammed his hand against the wall as hard as he could to scare Bill. Bill said it made him jump. He's done something like this months ago as well.

11-14  JLO won car. KAZ mentioned phrase "the 'C' word" in talking to SEM and girls after Sam phoned DD. Discussing telling SGG & seeing write-up in the newspaper.

## 2001 Appt. Book

5-17  Covered pager duty from 4:30 – 6:00 for **Hughes** without pay. Hughes was returning from training at State College.

8-23  TAB story about boot camp in air force and that he knows my birthdate. Intent of story was firing cause of non-compliance with commander.

## 2002 Appt. Book

1-15  Ethan Davis fired. Heard it was for lying on timesheet.

6-19  Covering BEV. Someone took magazine off her desk (that I gave her) and threw it in the trash can. Only evidence of someone being there was envelope of coupons from Harold.

7-31  TAB smoking in his office. Lisa aware and acknowledged it. Smell came out when SEM exited and again when TAB came out to front office.

12-13  TAB memo posted of bulletin board. Staff is not to talk to Commissioner Rovegno if he asks questions. Refer him to mgt.

## 2003 Appt. Book

1-10  Stephanie Reeder – intern-fired.

1-13  TAB's office and front office stink like smoke.

1-16  TAB left office phone msg. yesterday (was signed out funeral leave). TAB had left msg. on my phone this a.m. as well. Then he called and I answered. He wants to know why I did not answer/respond to his msg. first thing this morning. Then he came to my office and shared a story from his police days and threat of 3 days on the street for insubordination.

2-4  Turned in firearm this date to JLO who locked it in wooden cabinet. I did not sign any form stating turn over of weapon.

2-10  Heard today that TAB told girls (Steph & Lisa) that they/secretaries get farther on their knees.