# V8

HARTNETT
DEPOSITION
EXHIBIT
#14
11-18-03 EC

Joe Osenkarski,                             6/1/98
Chief Juvenile P.O.

Joe,

On May 26th, 1998 you informed me that I was not to conduct business in the Probation offices located on the 3rd fl. East Wing of the Court House. According to you, this was a directive from Judge Hoffer, who was upset and had called you to his office the same day regarding this issue.

You informed me the reason I was to stay out of the office was because Barb Graham was distraught when I was there. I requested the same day that you put this directive in writing and the reason for it. As of June 1, 1998 I have received nothing.

I would appreciate a response as soon as possible.

Sincerely,
Barbara E. Weimer

cc: Dan Hartnett
    Debra Wallet esq.
    Judge Hoffer

920043