# V9

**MEMO**

**TO:** President Judge Harold E. Sheely

**FROM:** Joseph L. Osenkarski

**RE:** **Corrective Action Plan**

**DATE:** June 30, 1997

===========================================================

Following is my suggested "corrective action plan" developed to address the current pending employee related matter. It is recommended immediate attempts be made to effectively resolve the current situation without further escalation by implementation of this plan.

1. Transfer the supervision of employee Barbara Varner to another senior staff member for whatever time is deemed appropriate (instituted June 13, 1997).

(a) It is anticipated that with the addition of three (3) school based probation staff and the development of the school based probation program later this year a major restructuring of assignments will occur within the Juvenile Probation Department. There will be opportunities for further professional reassignment of duties which may permanently alleviate direct supervision of Barbara Varner by Gary Graham and at the same time continue to enhance/utilize the skills of both parties.

2. Request that the County Personnel Office arrange for immediate training and education to alleviate the current situation and ensure that this, or any similar situation, does not reoccur. This training to be conducted by certified instructors and specifically address topics such as prevention of sexual harassment; negativity in the work place; managing conflict, anger and emotions; self-discipline and emotional control and other topics as deemed appropriate. This training and education to be mandatory for <u>all</u> staff in <u>both</u> the Juvenile and Adult Probation Departments. I further request to be actively involved in the planning and arranging for the specific training agenda and curriculum.

In addition to Probation Department specific training, I further recommend that countywide training be conducted on these topics. Priority should be given to training all department heads and managerial personnel followed by all subordinate county employees. This recommendation being made in light of the current concerns for sexual harassment mounted nationwide that has taken a dramatic leap into the public awareness. "Refresher Training" or

130012

TO:    President Judge Harold E. Sheely

RE:    Corrective Action Plan

DATE:  July 3, 1997

- 2 -

"Chain Teaching" methods can be utilized to speed the Training process countywide

    3.   Send all Juvenile Probation supervisory staff to management training as soon as appropriate training topics are available. I will review the upcoming Pennsylvania Board of Probation and Parole and Juvenile Court Judges' Commission Fall training sessions and schedule personnel accordingly.

    4. Creation of a committee in the Juvenile Probation Office (two or three subordinate staff, including a secretary) that would handle <u>any</u> issues of importance. This committee would be our department's first step toward resolving any conflict, problems, etc.

    5. Institute a first level "pre-disciplinary" step in the levels of discipline structure. (Upon hearing/observing or being told of a staff behavior which could result in a potential problem or conflict, the employee would be consulted by management and counseled on the particular behavior and instructed to correct it.) The counseling session to be documented by dated, written and signed acknowledgement to be kept on file for a length of time to be later determined.

    The above "corrective action plan" is presented with the understanding that it is not complete and final. It is being submitted immediately because of time constraints of my upcoming vacation (July 7th through July 11th)

    I am available for consultation and further discussion of the proposed plan when I return to work.

cc: Dan Hartnett, Director of Personnel

fr

130013