V12

Ozenkoski
DEPOSITION
EXHIBIT
#16
2-11-03

Joe Ozenkoski,                                    6/1/98
Chief Juvenile P.O.

Joe,

    On May 26th, 1998 you informed me that I was not to conduct business in the Probation offices located on the 3rd fl. East Wing of the Court House. According to you, this was a directive from Judge Hoffer, who was upset and had called you to his office the same day regarding this issue.

    You informed me the reason I was to stay out of the office was because Barb Graham was distraught when I was there. I requested the same day that you put this directive in writing and the reason for it. As of June 1, 1998 I have received nothing.

    I would appreciate a response as soon as possible.

                         Sincerely,
                         Barbara E. Varner

cc: Dan Hartnett
    Debra Wallet, esq.
    Judge Hoffer

Mr. John Ward (Commissioners Office)            2/12/99

This letter is to again inform you of continuing fears and concerns I have regarding Mrs. Barbara Graham (wife of Gareth Graham).

On February 11, 1999 in an open area of the department she is in, she was overheard loudly stating I was a liar and that I tried to hit her with my car. These statements were made to retired Judge Sheely who was in agreement with her. He was heard to say the truth will soon come out. This was heard by several staff persons.

Regarding attempting to "hit" Mrs. Graham, the truth is she deliberately hit her brakes when I was parking my car in the lot we both share. This was witnessed by the car lot attendant. There was no "close call" as I always stay as far away from her as I possibly can.

I have real fear that this woman and her husband are a real threat to me. Many persons in authority share my concerns and have helped me establish some semblance of safety precautions. However, I cannot protect myself when I have no idea when and where I will come in contact with either Graham.

On 2/10/99 I was directed by President Judge Hoffer to attend a meeting of which

Mr Graham was present. I expressed my fears to Adult Supervisor Mike Varner. He also was concerned and provided some feeling of security for me. During the meeting, I was scared to the point of trembling. My stomach (for which I take several medications everyday because of this situation) was churning and I felt nauseous. Following the meeting I began breaking out in hives which continue to this date.

I find it strange that I have been restricted by Judge Hoffer from entering a public office because Mrs Graham is uncomfortable, however, both the Grahams have demonstrated physical aggressive behavior towards me but have access to the courthouse and me.

I have notified my local police, the sheriff's department and again the county regarding my fears. If anything should happen to me, I and my husband will hold the county responsible.

Please make steps to stop this continued harassment.

Barbara E. Varner

cc: Debra Wallet esquire
    EEOC
    Personnel Director

5/26/98

Sheriff Tom Kline

Re: Barbara Graham

As per your request I am writing to inform you of an incident that happened on Friday May 22, 1998 on the property of Cumberland County Court House. When I arrived at work I was exiting my car when Barb Graham was parking her car behind mine. I attempted to speed up my walking into the court house. I could feel Barb coming up behind me within two or three steps. She stayed in that position for the entire walk into the building. I was frightened to have her that close to me since she has made physical contact with me in the past.

Please see what you can do about this.

Thank you
Barbara Varner