# V14

# CUMBERLAND COUNTY PERSONNEL OFFICE

## PERSONNEL ACTION FORM

1. **Department**: JUVENILE PROBATION
2. **Date**: May 27, 1998
3. **Type of Change (See Below)**: Promotion
4. **Name of Employee**: VARNER, Barbara E.
   SS#: 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
   Position ID#: JP 2010   New Post JP 2007
5. **DETAIL OF PROPOSED CHANGE**

   | Before Change | After Change |
   |---|---|
   | 16D Probation Officer I | 18C Senior Probation Officer |

6. **Justification or Comment**: Result of a vacancy. Promotion to this position is contingent upon successfully completing <u>all</u> academic requirements for the Master's Degree by July 1, 1998.
7. **Effective Date of Proposed Action**: June 7, 1998
8. **Final Effective Date (If Different)**:
9. **Approvals**
   - Official
   - Department Head — Signature [signed]   Date 5/27/98
   - Personnel Officer
   - *Commissioners
   - Salary Board

**TYPE OF CHANGE**: In space 3 above, indicate type of action from list below. If type of action does not appear in the list, state "other" and specify.

- Maternity Leave
- Salary Step Increase
- Promotion
- Change of Status
- Salary Decrease
- Suspension
- Layoff
- Termination
- Overtime
- Military Leave
- Release from Leave Without Pay
- Dismissal
- Resignation
- Death
- Reinstatement
- Leave Without Pay
- New Employee
- Retirement

---

**PERSONNEL OFFICE USE ONLY**

General Ledger No. 01-347-402-005-0-000   Effective 6/7/98
Employee No. _____   Hourly/Salary $34,014/17.44
Classification Sr. Probation Officer

NO EMPLOYMENT OR CHANGE IN EMPLOYMENT STATUS SHALL COMMENCE UNTIL EFFECTIVE DATE OF ACTION HAS BEEN APPROVED BY THE RESPONSIBLE OFFICIALS !!!!
*Commissioner related departments only.

110247