IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO: 1:CV 01-0725 |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, NINTH JUDICIAL | : | |
| DISTRICT, CUMBERLAND | : | JURY TRIAL DEMANDED |
| COUNTY; CUMBERLAND | : | |
| COUNTY; S. GARETH GRAHAM, | : | Judge Yvette Kane |
| individually; and JOSEPH | : | Electronically Filed |
| OSENKARSKI, individually, | : | |
|     Defendants | : | |

_____

### VARNER'S EXHIBITS IN OPPOSITION TO
### S. GARETH GRAHAM'S
### MOTION FOR SUMMARY JUDGMENT

_____

Debra K. Wallet, Esq.
24 N. 32nd Street
Camp Hill, PA 17011
(717) 737-1300 (phone)
(717) 761-5319 (fax)
walletdeb@aol.com (email)
I.D. #PA23989
Attorney for Barbara E. Varner

| | |
|---|---|
| V-I | DeLuce Depos. Exh. 2 – April 30 1997 Memorandum |
| V-II | Graham Depos. Exh. 3 – Greeting Card |
| V-III | Hartnett Depos. Exh. 5 – Johnson 6/26/97 Letter to Hartnett |
| V-IV | Hartnett Depos. Exh. 6 – Osenkarski 4/30/97 Memo to Hartnett |
| V-V | Hartnett Depos. Exh. 11 – Varner 3/31/98 Memo to Osenkarski |
| V-VI | Hartnett Depos. Exh. 13 – Hartnett 4/6/98 Memo to Judge Hoffer |
| V-VII | Osenkarski Depos. Exh. 12 – Memos Regarding Seniority Policy |
| V-VIII | Osenkarski Depos. Exh. 13 – Seniority Lists |
| V-IX | Personnel Action Form Dated May 27, 1998 |
| V-X | PHRC 6/16/97 Letter Referring Varner to EEOC |
| V-XI | 7/21/97 Handwritten Questionnaires |
| V-XII | Notice of Charge of Discrimination |
| V-XIII | EEOC Determination |
| V-XIV | EEOC 9/4/97 Letter to Varner |