# V-II



# Happy Birthday

As I send this card
I think back on all
the good times
we've shared.

Although we can't be together,
you couldn't be
closer to my heart.
Have a wonderful birthday.

Joy



C. Graham
DEPOSITION
EXHIBIT
#3

920248