# V-IX

# CUMBERLAND COUNTY PERSONNEL OFFICE

## PERSONNEL ACTION FORM

1. **Department** JUVENILE PROBATION

2. **Date** May 27, 1998

3. **Type of Change (See Below)** Promotion

4. **Name of Employee** VARNER, Barbara E.
   Last / First / Middle Initial
   SS#: 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
   Position ID#: JP 2010   New Post   JP 2007

5. **DETAIL OF PROPOSED CHANGE**

| Before Change | After Change |
|---|---|
| 16D Probation Officer I | 18C Senior Probation Officer |

6. **Justification or Comment** Result of a vacancy. Promotion to this position is contingent upon successfully completing <u>all</u> academic requirements for the Master's Degree by July 1, 1998.

7. **Effective Date of Proposed Action** June 7, 1998

8. **Final Effective Date (If Different)**

9. **Approvals**
   Official — Signature [signed] — Date 5/27/98
   Department Head
   Personnel Officer
   *Commissioners
   Salary Board

**TYPE OF CHANGE:** In space 3 above, indicate type of action from list below. If type of action does not appear in the list, state "other" and specify.

- Maternity Leave
- Salary Step Increase
- Promotion
- Change of Status
- Salary Decrease
- Suspension
- Layoff
- Termination
- Overtime
- Military Leave
- Release from Leave Without Pay
- Dismissal
- Resignation
- Death
- Reinstatement
- Leave Without Pay
- New Employee
- Retirement

**PERSONNEL OFFICE USE ONLY**

General Ledger No. 01-347-402-005-0-000
Employee No. _____
Classification Sr. Probation Officer
Effective 6/7/98
Hourly/Salary $34,014 / 17.44

NO EMPLOYMENT OR CHANGE IN EMPLOYMENT STATUS SHALL COMMENCE UNTIL EFFECTIVE DATE OF ACTION HAS BEEN APPROVED BY THE RESPONSIBLE OFFICIALS !!!!
*Commissioner related departments only.

110247