

V-X

**Chairperson**
ROBERT JOHNSON SMITH
**Vice-Chairperson**
RAQUEL OTERO de YIENGST
**Secretary**
GREGORY J. CELIA, JR.
**Executive Director**
HOMER C. FLOYD
**Regional Director**
KAABA BRUNSON



COMMONWEALTH OF PENNSYLVANIA
HUMAN RELATIONS COMMISSION
Harrisburg Regional Office
Uptown Shopping Plaza
2971-E North Seventh Street
Harrisburg, PA 17110-2123
(717) 787-9780 (Voice)
(717) 787-7279 (TT)

**COMMISSIONERS**
JOSEPH J. BORGIA
W.D. CHRISNER III
CARL E. DENSON
ALVIN E. ECHOLS, JR.
RUSSELL S. HOWELL
ELIZABETH C. UMSTATTD
SYLVIA A. WATERS
DANIEL D. YUN

Writer's Direct Dial:

June 16, 1997

Barbara E. Varner
5 Maple Drive
Etters, PA 17319

Dear Ms. Varner:

    This will confirm our telephone conversation of June 16, 1997 where we discussed your filing a complaint against Cumberland County Juvenile Probation. As a Juvenile Probation Officer, you are an Officer of the Court and enforce the decisions of the Cumberland County Court of Common Pleas under the direction of President Judge Sheely.

    As I explained, we do not have jurisdiction over the employees of the various court systems of Pennsylvania due to a court ruling. I suggested you should contact the EEOC and provided their address and telephone number. You do plan to contact them.

    Per your request, I am returning your questionnaires and letter that you initially sent to the Commission. The Commission has retained the originals and I am sending you copies of them. I hope this is satisfactory.

    I am sorry for any inconvenience the delay in stating our lack of jurisdiction has caused you.

Sincerely,

Joanne Hetzel
Human Relations Representative

910065