# V-XII

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PERSON FILING CHARGE |
|---|---|
| Mr. Dan Hartnett<br>Personnel & H. R. Director<br>Cumberland County<br>One Courthouse Square, 3rd Flr<br>Carlisle, PA 17013 | Varner, Barbara E<br>THIS PERSON (check one)<br>[X] CLAIMS TO BE AGGRIEVED<br>[ ] IS FILING ON BEHALF OF ANOTHER<br>DATE OF ALLEGED VIOLATION<br>Earliest 11/20/96  Most Recent 05/26/98<br>PLACE OF ALLEGED VIOLATION<br>Carlisle, PA<br>CHARGE NUMBER<br>170981689 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See EEOC "Rules and Regulations" before completing this Form)

You are hereby notified that a charge of employment discrimination has been filed against your organization under:

[X] TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

[X] THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967

[ ] THE AMERICANS WITH DISABILITIES ACT

[ ] THE EQUAL PAY ACT (29 U.S.C, SECT. 206(d)) investigation will be conducted concurrently with our investigation of this charge.

The boxes checked below apply to your organization:

1. [X] No action is required on your part at this time.

2. [X] Please submit by 12/14/98 a statement of your position with respect to the allegation(s) contained in this charge, with copies of any supporting documentation. This material will be made a part of the file and will be considered at the time that we investigate this charge. Your prompt response to this request will make it easier to conduct and conclude our investigation of this charge.

3. [X] Please respond fully by 12/14/98 to the attached request for information which pertains to the allegations contained in this charge. Such information will be made a part of the file and will be considered by the Commission during the course of its investigation of the charge.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Philadelphia District Office
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA   19106-2515

Alfred L. Harris, Manager
(Commission Representative)
(215) 451-5800
(Telephone Number)

[X] Enclosure: Copy of Charge

BASIS OF DISCRIMINATION
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NAT. ORIGIN  [X] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

CIRCUMSTANCES OF ALLEGED VIOLATION

See enclosed Form 5, Charge of Discrimination. Note: Original correspondence received by EEOC on 6/18/97 to establish timely receipt for EEOC to process.

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 11/3/98 | Marie M. Tomasso | M. Tomasso |

EEOC FORM 131 (Rev. 06/92)

RESPONDENT'S COPY
910184