# V-XIV



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515
PH: (215) 451-5800
TDD: (215) 451-5814
FAX: (215) 451-5804/5767

September 4, 1997

Our Reference: Varner vs. Cumberland County

Barbara E. Varner
5 Maple Drive
Etters, PA 17319

Dear Ms. Varner:

We have received the completed questionnaire(s) which you returned to this office. Your correspondence will now be assigned to the EEOC representative named below for completion of the intake processing. That representative will analyze the information in your questionnaire(s) and previous correspondence to determine whether your charge should be docketed by EEOC. You will be informed of the decision in this matter.

If it is determined that your charge is eligible for docketing, we will prepare a draft charge on an EEOC Charge Form and send that form to you for your review and approval or, if necessary, we will contact you by telephone and/or by letter to obtain additional information prior to preparing a draft charge. However, because of the volume of correspondence received by this office, there may be a delay before you are contacted.

Once a signed Charge Form is received, your charge will be docketed and will thereafter be forwarded to an Enforcement Unit for further EEOC processing.

Thank you for your cooperation in this matter.

Sincerely,

*Joan D. Gmitter*

Joan D. Gmitter
Charge Receipt Supervisor

910202