IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION<br>: NO: 1:CV 01-0725 |
| COMMONWEALTH OF<br>PENNSYLVANIA, NINTH JUDICIAL<br>DISTRICT, CUMBERLAND<br>COUNTY; CUMBERLAND<br>COUNTY; S. GARETH GRAHAM,<br>individually; and JOSEPH<br>OSENKARSKI, individually,<br>    Defendants | :<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: Judge Yvette Kane<br>: Electronically Filed<br>:<br>: |

_____

**VARNER'S EXHIBITS IN OPPOSITION TO
COMMONWEALTH OF PENNSYLVANIA,
NINTH JUDICIAL DISTRICT'S
MOTION FOR SUMMARY JUDGMENT**

_____

Debra K. Wallet, Esq.
24 N. 32nd Street
Camp Hill, PA 17011
(717) 737-1300 (phone)
(717) 761-5319 (fax)
walletdeb@aol.com (email)
I.D. #PA23989
Attorney for Barbara E. Varner

V-a   DeLuce Depos. Exh. 2 – April 30 1997 Memorandum

V-b   Graham Depos. Exh. 3 – Birthday Card

V-c   Green Depos. Exh. 1 – Debra Green's Timeline

V-d   Guido Depos. Exh. 2 – CASA Grant Application

V-e   Guido Depos. Exh. 3 – Letter of 6/15/00 Addressed to Chief Clerk

V-f   Guido Depos. Exh. 4 – Varner 7/12/00 Memo to Judge Guido

V-g   Guido Depos. Exh. 5 – Ward Letter of 7/18/00 to Judge Guido

V-h   Hartnett Depos. Exh. 1 – Varner 4/25/97 Memo to Hartnett

V-i   Hartnett Depos. Exh. 5 – Johnson 6/26/97 Letter to Hartnett

V-j   Hartnett Depos. Exh. 6 – Osenkarski 4/30/97 Memo to Hartnett

V-k   Hartnett Depos. Exh. 8 – Hartnett 7/8/97 Memo to Judge Sheely

V-l   Hartnett Depos. Exh. 11 – Varner 3/31/98 Memo to Osenkarski

V-m   Hartnett Depos. Exh. 13 – Hartnett 4/6/98 Memo to Judge Hoffer

V-n   Osenkarski Depos. Exh. 12 – Memos Regarding Seniority Policy

V-o   Osenkarski Depos. Exh. 13 – Seniority Lists

V-p   Osenkarski Depos. Exh. 15 – Osenkarski 2/7/00 Memo to Patterson

V-q   Osenkarski Depos. Exh. 16 – Various Memos from Varner

V-r   Sheely Depos. Exh. 1 – Judge Sheely 7/11/97 Memo to Ward and DeLuce

V-s   Personnel Action Form Dated May 27, 1998

2

V-t   12/31/98 Letter from Atty. Wallet to EEOC with attachments

V-u   EEOC 9/4/97 Letter to Varner

V-v   Debra Green Deposition Volume 1

V-w   Debra Green Deposition Volume 2