V-e



## COMMONWEALTH OF PENNSYLVANIA
### NINTH JUDICIAL DISTRICT
### CUMBERLAND COUNTY

EDWARD E. GUIDO
JUDGE

COURTHOUSE
ONE COURTHOUSE SQUARE
CARLISLE, PA 17013-3387
(717) 240-6290
FAX (717) 240-6462

June 15, 2000

John Ward, Chief Clerk
Commissioner's Office
One Courthouse Square
Carlisle, PA 17013

    Re: CASA Program

Dear John:

    On June 15, 2000, I held a meeting with Joe Osenkarski, Tom Boyer and Barbara Varner regarding a proposal to have Mrs. Varner transferred from the Juvenile Probation Office to the Court Administrator's Office as director of the CASA program. Also in attendance were Taryn Dixon and Laura Patterson. All parties at the meeting agreed to request that the Commissioners approve such a transfer on the following terms and conditions:

    1. Mrs. Varner's salary and benefits would be transferred from Juvenile Probation to Court Administration. She would continue in her current pay scale as an 18E.

    2. She would be given office space somewhere outside of Juvenile Probation. Some tentative office space has been identified and we will discuss that with you when we have more information.

    3. The Commissioners will agree to allow the Juvenile Probation Department to seek an additional replacement officer on a grant from JCJC, PCCD or other grant source. The new position would be a line officer and not a supervisory position.

    4. The Juvenile Probation Department will be allowed to promote one of its officers to fill the senior probation officer position being vacated by Mrs. Varner's transfer.



220006

Page 2
June 15, 2000

     5. In the event that the CASA position is eliminated within four years, Mrs. Varner would be guaranteed a return to the Juvenile Probation Department at her same pay and benefits level. If the position is eliminated thereafter, the county would guarantee her a job at the same level of pay and benefits, but not necessarily in Probation. Furthermore, if she does return to Probation under these circumstances, the Juvenile Probation Department will not be required to eliminate any of its then existing positions.

     I believe that I have accurately stated the consensus reached at our meeting. I should also mention that it was made clear to all of those in attendance that the final approval of this proposal was within the discretion of the Commissioners and Judge Hoffer. We would ask that you consult with each of those and advise as to their position at the earliest possible date.

     Thank you for your cooperation throughout this matter.

Very truly yours,

Edward E. Guido

EEG/rlm

c.c.  The Honorable George E. Hoffer
     Joseph Osenkarski
     Barbara Varner
     Tom Boyer
     Laura Patterson
     Taryn Dixon

220007