# V-f

MEMO : Judge Ed Guido
FROM : Barbara Varner
RE : CASA
DATE: July 12, 2000

This memo is to share some concerns I have at this time regarding the CASA program. Since the end of 1999, I have been committed to helping to establish a program in our county. This has included making calls to recruit and develop interest in an advisory board. This effort culminated in a meeting of community leaders on March 1, 2000. At that time, I was identified as the person you would like to have direct the program. I was and am still honored by being selected. I felt more committed than ever after the meeting with the community members and with the CCC&YS advisory committee. Since that time, I have made field visits to several CASA programs and felt confident in identifying myself as the person selected to develop the Cumberland County program. The state director Georgene Thompson has been providing my name to potential volunteers as the contact person. I personally contacted every interested party and assured them further information would be provided when the grant was approved.

The grant was submitted to the CASA program by Laura Patterson in March, 2000. In June, Cumberland County was awarded the grant. I personally presented the grant at the commissioners meeting on June, 16 where the terms and conditions were agreed to and signed by the commissioners. I was making preparations to transfer out of my department to the new CASA position until at the eleventh hour when an issue came up regarding my salary. I would like to note that my salary was part of the grant package (see attached) that was agreed to by the commissioners.

At this point, I am very frustrated by the whole situation. I am aware that the final approval was always with Judge Hoffer and John Ward. However, if the only issue is my salary, I feel that should have been addressed prior to the submission of the grant with my salary included. There are many specific items that have to be taken care of right now if we are to be in compliance with the grant requirements. Two weeks have passed since the grant was to be implemented. There are quarterly reports that will be required that document this time period. It is also my understanding that federal grant programs require detailed documentation of time usage.

I am anxious and eager to develop the CASA program and hope we can proceed as planned.

