V-g



**COMMISSIONERS OF CUMBERLAND COUNTY**

One Courthouse Square ♦ Carlisle, PA 17013
717-240-6150 ♦ 697-0371, Ext. 6150
532-7286, Ext. 6150 ♦ Fax: 240-6448
E-mail: commissioners@ccpa.net
Web: www.ccpa.net

Nancy A. Besch
*Chairman*

Earl R. Keller
*Vice Chairman*

Richard L. Rovegno
*Secretary*

John S. Ward
*Chief Clerk*

Dennis R. Marion
*County Administrator*

Robert C. Saidis
*Solicitor*

Stephen D. Tiley
*Assistant Solicitor*

July 18, 2000

The Honorable Edward E. Guido
Cumberland County Courthouse
One Courthouse Square
Carlisle, PA 17013-3387

RE: CASA Program

Dear Judge Guido:

The Commissioners have had the opportunity to review the mechanics of implementing the CASA Program under the direction of the Court. As you know, the grant money provided for that program does not cover the cost of a local CASA Program Director. Rather, the grant money covers administrative costs. Consequently, as proposed in the grant application, if the Court is to hire a Director of the CASA Program, the cost for that position must be funded internally.

The Commissioners propose to initially fund the position for the head of the CASA Program. We are not sure what the title should be, but are more inclined to call it Program Coordinator versus Director. The County Human Resources office has a protocol to fairly determine the appropriate grade levels for the new positions established within the County. The Director of Human Resources, Dan Monken, has reviewed the anticipated position as Coordinator of the CASA Program, and has determined that position would be classified at grade level 16A.

The initial starting salary for a new employee to the County at grade level 16A is $29,689 per year.

The Commissioners would not require a present layoff of any other County employee in order to provide the funds necessary for the CASA Director's position. The Commissions would prefer that the next time a probation officer voluntarily departs the Juvenile Probation Department, that position would not be filled and the wages saved by not filling that position would be used to indirectly fund the CASA Coordinator's position.

The Commissioners appreciate that Judge Hoffer may not be willing to lose a juvenile probation officer. In that event, the Commissioners would be amenable to keeping the Probation Department at the same staffing levels and to replace any probation officer who leaves, thus in effect, permanently funding the CASA Coordinator's position.

The Commissioners suggest that the CASA Program Coordinator work in the Human Services Building under the titular authority of the Court Administrator. It is understood, however, that you will



230001

*Celebrate Cumberland County's 250th Anniversary in the Year 2000*

have the responsibility for the daily supervision of the new Coordinator and for preparing annual performance evaluations for the new Coordinator.

The Commissioners do not contemplate any time limit with regard to the continued operation of the CASA Program in Cumberland County. While no guarantees can be extended that the Program will continue indefinitely, that is simply because the National Program may undergo some fundamental change or, more likely, you may decide that the Program is not living up to your expectations. If all of the CASA funding terminates, we will review with you the best interests of the Court with regard to this matter.

As long as you continue to recommend her, Mrs. Varner remains a completely satisfactory candidate from the standpoint of the Commissioners for this position, assuming that she is agreeable to the terms and conditions that are applicable to this position and outlined in this letter.

In the event that Mrs. Varner continues to express disinterest in accepting the job under these terms and conditions, the County would propose to post internally, to post on the County's internet website, and to place an advertisement in the local newspaper as means to attract candidates for the position.

Additionally, we would ask the Probation Department to contact the individual outside the County who has prior experience in a CASA Program. That individual has expressed an interest in coming to Cumberland County for an interview as long as there is a real live job opening.

As to all of these means of attracting applicants, please keep in mind that the Commonwealth laws regarding Veteran's preferences would require the County to accept any veteran who is qualified for the position even though that individual may not be the "best qualified" for the position. We will attempt to draft the qualifications to the position with sufficient particularity so that anybody who meets the specified qualifications would have superior skills to effectively perform the job.

If the position goes unfilled or if it later occurs that Mrs. Varner has renewed interest in the position, it would be possible to simply withdraw the previous postings and fill the job internally as we have contemplated in out past informal discussions.

The Commissioners appreciate the Court's cooperation in attempting to implement this important program in a demeanor satisfactory to all parties concerned.

Very truly yours,

For John Ward
Chief Clerk

DANIEL L ROWLAND

220002