V-k



NANCY A. BESCH
CHAIRMAN

EARL R. KELLER
VICE-CHAIRMAN

MARCIA L. MYERS
SECRETARY

JOHN S. WARD
CHIEF CLERK

DENNIS R. MARION
COUNTY ADMINISTRATOR

HORACE A. JOHNSON
SOLICITOR

STEPHEN D. TILEY
ASSISTANT SOLICITOR

# Commissioners of Cumberland County

One Courthouse Square, Carlisle, PA 17013
(717) 240-6150

HARTNETT
DEPOSITION
EXHIBIT
#8
11-3-03

July 8, 1997

TO: Honorable Judge Sheely

FROM: Dan Hartnett, Personnel Director

RE: Discipline of Joe Osenkarski

I'm writing this as a follow-up to our meeting of July 2, 1997 involving you, Dave DeLuce, John Ward and myself.

We are in agreement with your position involving a suspension of Mr. Osenkarski. It is also felt that Mr. Osenkarski ought to attend an EAP (Employee Assistance Program) session(s) addressing supervisory skills necessary in working in a diverse workplace. In addition to this, sensitivity training sessions ought to be provided with attendance required, of all the personnel of the Juvenile Probation office. My office can arrange for the scheduling of the above mentioned sessions.