V-o

May 14, 2002

Fr: Joseph L. Osenkarski, Chief
Re: Department Seniority List

Since August, 1996, the Cumberland County Juvenile Probation Department's seniority list is determined upon the following criterion:

1. Initial date of full-time employment with the Cumberland County Probation Department as a Probation Officer, and,
2. The continuous full-time employment with the department.

As of May 28, 2002, the seniority list is as follows:

| Date | Name | Title |
|---|---|---|
| Jan 1965 | Osenkarski | Chief |
| Oct 1978 | Boyer | Supervisor |
| Oct 1980 | Thielemann | Supervisor |
| Dec 1983 | Miller, S. | Supervisor |
| Dec 1984 | Drachbar | P.O. II |
| Jul 1989 | Christlieb | Sr. P.O. |
| Oct 1990 | Brandt | Sr. P.O. |
| Feb 1995 | Varner, B. | Sr. P.O. |
| Feb 1995 | Green | Sr. P.O. |
| Sep 1996 | Rose | P.O. I |
| Nov 1997 | Hughes | P.O. I |
| Nov 1997 | Taylor | P.O. I |
| Apr 1998 | DeAngelo | P.O. I |
| Nov 1998 | Hale | P.O. I |
| Nov 1998 | Benner | P.O. I |
| Nov 1998 | Crispino | P.O. I |
| Aug 1999 | Colondrillo | P.O. I |
| Aug 1999 | Shea | P.O. I |
| May 2000 | Schuchart | P.O. I |
| Aug 2000 | Grim-Rhoads | P.O. I |
| Jul 2001 | Shartle | P.O. I |
| May 2002 | Oswandel | P.O. I |



Osenkarski
DEPOSITION
EXHIBIT
# 13

210275

September 8, 2000

Fr: Joseph L. Osenkarski, Chief
Re: Department Seniority List

Since August, 1996, the Cumberland County Juvenile Probation Department's seniority list is determined upon the following criterion:

1. Initial date of full-time employment with the Cumberland County Probation Department as a Probation Officer, and,
2. The continuous full-time employment with the department.

As of September 8, 2000, the seniority list is as follows:

| Date | Name | Title |
|---|---|---|
| Jan 1965 | Osenkarski | Chief |
| Oct 1978 | Boyer | Supervisor |
| Oct 1980 | Thielemann | Supervisor |
| Dec 1983 | Miller, S. | P.O. II |
| Dec 1984 | Drachbar | Sr. P.O. |
| Jul 1989 | Christlieb | Sr. P.O. |
| Oct 1990 | Brandt | Sr. P.O. |
| Feb 1995 | Varner, B. | Sr. P.O. |
| Feb 1995 | Green | P.O. I |
| Sep 1996 | Rose | P.O. I |
| Nov 1997 | Hughes | P.O. I |
| Nov 1997 | Taylor | P.O. I |
| Nov 1997 | Davis | P.O. I |
| Apr 1998 | DeAngelo | P.O. I |
| Nov 1998 | Hale | P.O. I |
| Nov 1998 | Benner | P.O. I |
| Nov 1998 | Crispino | P.O. I |
| Aug 1999 | Colondrillo | P.O. I |
| Aug 1999 | Shea | P.O. I |
| May 2000 | Schuchart | P.O. I |
| Aug 2000 | Grim-Rhoads | P.O. I |

August 27, 1999

Fr: Joseph L. Osenkarski, Chief
Re: Department Seniority List

Since 1997, the Cumberland County Juvenile Probation Department's seniority list is determined upon the following criterion:

1. Initial date of full-time employment with the Cumberland County Probation Department as a Probation Officer, and,
2. The continuous full-time employment with the department.

Effective August, 1999, the seniority list is as follows:

| Date | Name | Title |
|---|---|---|
| Jan 1965 | Osenkarski | Chief |
| Oct 1978 | Boyer | Supervisor |
| Oct 1980 | Thielemann | Supervisor |
| Dec 1983 | Miller, S. | P.O. II |
| Dec 1984 | Drachbar | Sr. P.O. |
| Jul 1989 | Christlieb | Sr. P.O. |
| Oct 1990 | Brandt | Sr. P.O. |
| Feb 1995 | Varner, B. | Sr. P.O. |
| Feb 1995 | Green | P.O. I |
| Sep 1996 | Rose | P.O. I |
| Nov 1997 | Hughes | P.O. I |
| Nov 1997 | Taylor | P.O. I |
| Nov 1997 | Davis | P.O. I |
| Apr 1998 | DeAngelo | P.O. I |
| Nov 1998 | Hale | P.O. I |
| Nov 1998 | Benner | P.O. I |
| Nov 1998 | Crispino | P.O. I |
| Jan 1999 | Mertz | P.O. I |
| Aug 1999 | Colondrillo | P.O. I |
| Aug 1999 | Shea | P.O. I |

210277

April 19, 1999

Fr: Joseph L. Osenkarski, Chief
Re: Department Seniority List

Since 1997, the Cumberland County Juvenile Probation Department's seniority list is determined upon the following criterion:

1. Initial date of full-time employment with the Cumberland County Probation Department as a Probation Officer, and,
2. The continuous full-time employment with the department.

Effective January, 1999, the seniority list is as follows:

| | |
|---|---|
| Jan 1965 Osenkarski | Chief |
| Oct 1978 Boyer | Supervisor |
| Oct 1980 Thielemann | Supervisor |
| Dec 1983 Miller, S. | P.O. II |
| Dec 1984 Drachbar | Sr. P.O. |
| Jul 1989 Christlieb | Sr. P.O. |
| Oct 1990 Brandt | Sr. P.O. |
| Feb 1995 Varner, B. | Sr. P.O. |
| Feb 1995 Green | P.O. I |
| Sep 1996 Rose | P.O. I |
| Nov 1997 Davis | P.O. I |
| Nov 1997 Hughes | P.O. I |
| Nov 1997 Taylor | P.O. I |
| Apr 1998 DeAngelo | P.O. I |
| Nov 1998 Benner | P.O. I |
| Nov 1998 Crispino | P.O. I |
| Nov 1998 Hale | P.O. I |
| Jan 1999 Mertz | P.O. I |

210278

**CUMBERLAND COUNTY, PENNSYLVANIA**
**JUVENILE PROBATION DEPARTMENT**
1 Courthouse Square
Carlisle, PA 17013

Commonwealth of PA
Court of Common Pleas
9th Judicial District
Cumberland County, PA
Juvenile Division

January 5, 1998

To: Juvenile Probation Officers
Fr: Joseph L. Osenkarski, Chief
Re: Department Seniority List

The Cumberland County Juvenile Probation Department's seniority list is determined upon the following criterion:

1. Initial date of full-time employment with the Cumberland County Probation Department as a Probation Officer, and,

2. The continuous full-time employment with the department.

Effective November 10, 1997, the seniority list is as follows:

| Date | Name | Title |
|---|---|---|
| Jan 1965 | **Osenkarski** | Chief |
| Aug 1977 | **Graham** | Supervisor |
| Oct 1978 | **Boyer** | P.O. II |
| Oct 1980 | **Thielemann** | Sr. P.O. |
| Dec 1983 | **Miller, S.** | Sr. P.O. |
| Dec 1984 | **Drachbar** | Sr. P.O. |
| Jul 1989 | **Christlieb** | Sr. P.O. |
| Oct 1990 | **Brandt** | P.O. I |
| Feb 1995 | **Varner, B.** | P.O. I |
| Feb 1995 | **Green** | P.O. I |
| Aug 1995 | **Barrelet** | P.O. I |
| Sep 1996 | **Rose** | P.O. I |
| Nov 1997 | **Davis** | P.O. I |
| Nov 1997 | **Hughes** | P.O. I |
| Nov 1997 | **Taylor** | P.O. I |

Telephone (717) 240-6265
Shippensburg (717) 532-7286
West Shore (717) 697-0371

Costs/Fines/Restitution (717) 240-6275
Fax # (717) 240-6480

210279



**CUMBERLAND COUNTY, PENNSYLVANIA**

# PROBATION AND PAROLE OFFICE

1 COURTHOUSE SQUARE
P.O. BOX 592
CARLISLE, PA 17013

October 29, 1996

To: Juvenile Probation Officers
Fr: Joseph L. Osenkarski, Chief
Re: Department Seniority List

The Cumberland County Juvenile Probation Department's seniority list is determined upon the following criterion:

1. Initial date of full-time employment with the Cumberland County Probation Department as a Probation Officer, and,

2. The continuous full-time employment with the department.

Effective September 9, 1996, the seniority list is as follows:

Jan 1965  Osenkarski

Aug 1977  Graham

Oct 1978  Boyer

Oct 1980  Thielemann

Dec 1983  Miller, S.

Dec 1984  Drachbar

Jul 1989  Christlieb

Oct 1990  Brandt

Feb 1995  Varner, B.

Feb 1995  Green

Aug 1995  Barrelet

Sep 1996  Rose

| Telephone | Adult Probation | (717) 240-6255 | FAX # | Telephone | Juvenile Probation | (717) 240-6265 |
|---|---|---|---|---|---|---|
| | Costs/Fines | (717) 240-6275 | 240-6480 | | DUI Programs | (717) 240-6280 |
| Toll Free | Shippensburg | (717) 532-7285 | | Toll Free | West Shore | (717) 697-0371 |

210280