V-p

## MEMO

TO: Laura Patterson

FROM: Joseph L. Osenkarski

RE: **Salary/Benefits Information for CASA Grant**

DATE: February 8, 2000

===========================================================

Attached you will find the above information taken directly from the Juvenile Probation 2000 Budget. Barbara Varner is currently at step 18E. For year 2001, she would be eligible for whatever COLA that would be granted other fulltime county employees.


cc: Judge Guido
    Barbara Varner



920255