## Debra's Timeline

### 1995 Appt. Book
- 10-5    OC Training 7-11 @ Prison
    - day SGG patted BEV on behind

### 1996 Appt. Book
- 7-26    Ken's retirement party @ Wilma Clippinger's home
    - JLO comments -- no one will go against him or they'll pay. I've done it before - I'll do it again.

- 12-16   Linsenbach to Lourdesmont
    -transport w/ BEV; left about 9 am cause a client showed up unexpectedly; this is the trip that 1) my pay got docked 1 hour and 2) told all commitment trips were to start @ 8 am.
    -insisted I lied on my time sheet and maybe we went shopping or he didn't care what but we took to long to transport . Tried to explain there was an accident on I-81 on the way home & detoured. He didn't want to hear it. HT entered his office & heard most of this.

### 1997 Appt. Book
- 1-23    Denied mileage or pay for training hours on weekends @ S.U. per SGG & JLO when in my office.

- 2-4     SGG checking up on me & BEV @ Schaffner.

- 2-28    comment from SGG re: JLO photocopying "man's parts" and faxing it to 2 females they met at training. Told to me & BEV while SGG was using the copy machine copying underground and "faggot" stuff from Linsenbach file. Sounded like it had been done in the recent past. Females who received it believed it was an actual photocopy instead of a dildo. (This underground envelope of material from the file was found missing shortly after SGG was removed from office, asked JLO & HT to ask SGG to return it but he denies having it; last I saw it was when SGG requested it to show to Geo. Jr. friend)

- 3-8/13  Top guys attend Reno to use up training money so we do not lose it from JCJC. Heard it was between 5 & 6,000.

- 3-20    JLO states in back hallway "I don't have to be here. I've been here for 35 fuckin' years. It's your turn." Said to various guys in Miller/Drachbar office I believe included SGG.

- 4-21    SGG removed box of stuff from JLO's office; acted very secretive, etc.

- 4-25    TB told me not to do time sheets according to Personnel requests & JLO memo but add additional hours onto the current Sunday.

- 5-5     Atty. David Foster in office with SGG; no reason to believe it was probation business.

- 6-12    SGG & DD went to Lourdesmont. Left at 1 pm.


GREEN
DEPOSITION
EXHIBIT