IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER,<br>    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY, et al.,<br>    Defendants | :<br>:<br>:   CIVIL ACTION NO. 1:CV-01-725<br>:   (Judge Kane)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this  1st  day of March, 2004, at the request of counsel, **IT IS ORDERED THAT** a settlement conference shall be held on March 16, 2004 at 9:30 a.m. in the Chambers to Courtroom No. 4, Eighth Floor, Federal Building, 3rd and Walnut Streets, Harrisburg, Pennsylvania.

**IT IS FURTHER ORDERED THAT** the trial deadlines established in this Court's case management Order (Doc. No. 65) are **STAYED** pending settlement of this matter.

                                                          s/Yvette Kane
                                                          Yvette Kane
                                                          United States District Judge