IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA E. VARNER,<br>    **Plaintiff** | : | |
| | : | |
| | : | **CIVIL ACTION NO. 1:CV-01-725** |
| v. | : | (Judge Kane) |
| | : | |
| COMMONWEALTH OF<br>PENNSYLVANIA, NINTH JUDICIAL<br>DISTRICT, CUMBERLAND<br>COUNTY, et al.,<br>    **Defendants** | :<br>:<br>:<br>:<br>: | |

## ORDER

**AND NOW,** this 7th day of April, 2004, **IT IS HEREBY ORDERED THAT** a telephone conference shall be held on April 16, 2004, at 11:30 a.m., to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

                                                              S/ Yvette Kane
                                                              Yvette Kane
                                                              United States District Judge