IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA E. VARNER,** : | |
|     **Plaintiff** : | |
| : | **CIVIL ACTION NO. 1:CV-01-725** |
| v. : | **(Judge Kane)** |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, NINTH JUDICIAL** : | |
| **DISTRICT, CUMBERLAND** : | |
| **COUNTY, et al.,** : | |
|     **Defendants** : | |

## ORDER

_____**AND NOW,** this 14TH day of April, 2004, **IT IS HEREBY ORDERED THAT** the telephone conference set for April 16, 2004, at 11:30 a.m., to discuss the status of this case, is **RESCHEDULED** to April 20, 2004, at 2:00 p.m.   Plaintiff's counsel shall initiate this conference call.

                                                                                            S/ Yvette Kane
                                                                                            Yvette Kane
                                                                                            United States District Judge