### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA E. VARNER,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 1:CV-01-725** |
| v. | : | **(Judge Kane)** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, NINTH JUDICIAL** | : | |
| **DISTRICT, CUMBERLAND** | : | |
| **COUNTY, et al.,** | : | |
| **Defendants** | : | |

### ORDER

**AND NOW**, this 26th day of April, 2004, **IT IS HEREBY ORDERED THAT** the Motion to Seal (Doc. No.116) is **DENIED**. The Clerk of Court is directed to return sealed document to Plaintiff.

                                                                               s/Yvette Kane
                                                                               Yvette Kane
                                                                               United States District Judge