IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA E. VARNER | : CIVIL ACTION NO.:  1:CV-01-725 |
| | : |
| Plaintiff | : |
| | : |
| v. | : JUDGE KANE |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, NINTH JUDICIAL DISTRICT, CUMBERLAND COUNTY, ET AL. | : |
| | : |
| | : |
| | : |
| Defendant | : |

## O R D E R

**AND NOW**, this 3rd    day of ___May___, 2004, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

                                                 ___S/ Yvette Kane_____
                                                 Yvette Kane
                                                 United States District Judge